Gerald L. McMahon, Esq. (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
G. Scott Williams, Esq. (SBN 226516)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:   (619) 685-3003
Facsimile:   (619) 685-3100

Attorneys for Defendants LOWLIFE CORPORATION LIMITED; EBTM plc; and DALE MASTERS

FILED
2007 DEC 21   PM 4: 10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>[Local Civil Rule 40.2] |

　　　Pursuant to CivLR 40.2, Defendant LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD), ("Lowlife"), identifies its parent corporations and all publicly held companies who own an interest of 10 percent or more in Lowlife:

NOTICE OF PARTY WITH FINANCIAL INTEREST

1.   Core Brands Group limited, a private limited United Kingdom company, is the parent of Lowlife;

2.   EBTM plc, a publicly held United Kingdom corporation, is the parent of Core Brands Group limited, and the ultimate parent of Lowlife; and

3.   No other publicly held corporation owns an interest of 10 percent or greater in Lowlife.

Pursuant to CivLR 40.2, Defendant EBTM plc (incorrectly sued as EVERYTHING BUT THE MUSIC plc), ("EBTM"), identifies its parent corporations and all publicly held companies who own an interest of 10 percent or more in EBTM:

1.   No other publicly held corporation owns an interest of 10 percent or greater in EBTM.

Dated: December 21, 2007

SELTZER CAPLAN McMAHON VITEK,
A Law Corporation

By: _____
Gerald L. McMahon
Monty A. McIntyre
G. Scott Williams
Attorneys for Defendants LOWLIFE CORPORATION LIMITED; EBTM plc; and DALE MASTERS

NOTICE OF PARTY WITH FINANCIAL INTEREST