Gerald L. McMahon, Esq.  (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
G. Scott Williams, Esq.  (SBN 226516)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:    (619) 685-3003
Facsimile:     (619) 685-3100

Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>        Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(2)<br><br>Date:        March 3, 2008<br>Time:       10:30  a.m.<br>Courtroom:  14<br>Judge:      Hon. M. James Lorenz |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

---

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(2)    CASE NO. 07 CV 2405 L CAB

1    PLEASE TAKE NOTICE that on March 3, 2008, at 10:30 a.m. in Courtroom 14 of the above-entitled court, located at 940 Front Street, San Diego, California, Defendant EBTM plc will and hereby does move the Court for an order dismissing the complaint on the basis of lack of personal jurisdiction over EBTM.

This motion is made on the grounds that Defendant EBTM is a foreign corporation, was served with summons outside of the United States, and lacks sufficient contacts, ties, or relations with California that are required by due process of law to support this court's exercise of personal jurisdiction over EBTM.

This motion is based upon this notice, the accompanying memorandum of points and authorities, the declarations of Richard Breeden and Monty A. McIntyre, Esq., and all attachments thereto, and all papers and pleadings on file in this action.

Dated: January 23, 2008                    SELTZER CAPLAN McMAHON VITEK

                                           By: /s/ Monty A. McIntyre

                                            Gerald L. McMahon
                                            Monty A. McIntyre
                                            G. Scott Williams
                                            Attorney for Defendants
                                            LOWLIFE CORPORATION LIMITED,
                                            DALE MASTERS; and EBTM plc

2
NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO                    CASE NO. 07 CV 2405 L CAB
RULE 12(b)(2)