| Monty A. McIntyre, Esq. (SBN 95796) SELTZER CAPLAN MCMAHON VITEK 2100 Symphony Towers, 750 "B" Street San Diego, CA 92101 | TELEPHONE NO. (619) 685-3003 | COURT USE ONLY |
|---|---|---|
| Attorney For LOWLIFE CORPORATION LIMITED; EBTM plc; and DALE MASTERS | | |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFFS: REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, et al. | JUDGE: M. James Lorenz DEPT: 14 |
|---|---|
| DEFENDANTS: LOWLIFE CORPORATION, LTD, an English limited company, et al. | DATE: March 3, 2008 TIME: 10:30 a.m. |
| **CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER 07 CV 2405 L CAB |

I, Anna Gateley-Stanton, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurs; and my business address is 2100 Symphony Towers, 750 B Street, San Diego, CA 92101.

On today's date, I caused to be served the following document(s): NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(2); and DECLARATION OF RICHARD BREEDEN IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(2)

By placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

J. Warren Rissier
Aron P. Rofer
Bingham McCutchen LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Phone: (213) 680-6400; Fax: (213) 680-6499
Attorneys for Plaintiffs Really Likeable People, Inc., Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and Really Likeable People II, Inc. (formerly Atticus Clothing, Inc.)

I then sealed each envelope and, with postage thereon fully pre-paid,

[ ] I deposited each in the United States Postal Service at San Diego, California.

[X] I placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 23, 2008, at San Diego, California.

_Anna Gateley Stanton_
Anna Gateley-Stanton, PLS, CCLS