1  Gerald L. McMahon, Esq. (SBN 036050)
   Monty A. McIntyre, Esq. (SBN 95796)
2  G. Scott Williams, Esq. (SBN 226516)
3  SELTZER CAPLAN McMAHON VITEK
   A Law Corporation
4  750 B Street, 2100 Symphony Towers
5  San Diego, California 92101-8177
   Telephone:  (619) 685-3003
6  Facsimile:  (619) 685-3100
7
   Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as
8  LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc
9
              UNITED STATES DISTRICT COURT OF CALIFORNIA
10                       SOUTHERN DISTRICT
11

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>                  Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>NOTIFICATION OF APPEARANCE OF ALLISON C. SHANAHAN |

27  ///
28

---
NOTIFICATION OF APPEARANCE OF ALLISON C. SHANAHAN         CASE NO. 07 CV 2405 L CAB

1 TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that the following attorney hereby appears for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc.

Dated: February 1, 2008                         SELTZER CAPLAN McMAHON VITEK

                                                By: /s/ Allison C. Shanahan

                                                    Gerald L. McMahon
                                                    Monty A. McIntyre
                                                    G. Scott Williams
                                                    Allison C. Shanahan
                                                    Attorney for Defendants
                                                    LOWLIFE CORPORATION LIMITED,
                                                    DALE MASTERS; and EBTM plc

NOTIFICATION OF APPEARANCE OF ALLISON C. SHANAHAN                    CASE NO. 07 CV 2405 L CAB