Gerald L. McMahon, Esq. (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
G. Scott Williams, Esq. (SBN 226516)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:  (619) 685-3003
Facsimile:  (619) 685-3100

Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>NOTIFICATION OF APPEARANCE OF G. SCOTT WILLIAMS |

/ / /

NOTIFICATION OF APPEARANCE OF G. SCOTT WILLIAMS　　　　　CASE NO. 07 CV 2405 L CAB

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby appears for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc.

Dated: February 1, 2008                    SELTZER CAPLAN McMAHON VITEK

By: /s/ G. Scott Williams

Gerald L. McMahon
Monty A. McIntyre
G. Scott Williams
Attorney for Defendants
LOWLIFE CORPORATION LIMITED, DALE MASTERS; and EBTM plc