1 | Gerald L. McMahon, Esq.  (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
2 | G. Scott Williams, Esq.  (SBN 226516)
3 | SELTZER CAPLAN McMAHON VITEK
A Law Corporation
4 | 750 B Street, 2100 Symphony Towers
5 | San Diego, California 92101-8177
Telephone:    (619) 685-3003
6 | Facsimile:    (619) 685-3100

7

Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as
8 | LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

9 |               UNITED STATES DISTRICT COURT OF CALIFORNIA

10 |                          SOUTHERN DISTRICT

11

| | |
|---|---|
| 12 REALLY LIKEABLE PEOPLE, INC., a ) | CASE NO. 07 CV 2405 L CAB |
| Delaware corporation, LOSERKIDS, INC., a ) | |
| 13 California Corporation, MACBETH, INC., a ) | NOTIFICATION OF APPEARANCE OF |
| California corporation, MACBETH OPTICS, ) | GERALD L. MCMAHON |
| 14 LP, a California limited partnership, and ) | |
| 15 REALLY LIKEABLE PEOPLE II, INC. ) | |
| (formerly ATTICUS CLOTHING, INC.), a ) | |
| 16 California corporation, ) | |
| 17                                       ) | |
|          Plaintiffs,                     ) | |
| 18                                       ) | |
| 19      vs.                              ) | |
|                                          ) | |
| 20 LOWLIFE CORPORATION, LTD, an          ) | |
| English limited company, EVERYTHING      ) | |
| 21 BUT THE MUSIC, plc, an English        ) | |
| 22 corporation, DALE MASTERS, an         ) | |
| individual, and DOES 1 through 25,       ) | |
| 23 inclusive,                            ) | |
| 24                                       ) | |
|          Defendants.                     ) | |
| 25                                       ) | |

26

27 | / / /

28

---

NOTIFICATION OF APPEARANCE OF GERALD L. MCMAHON          CASE NO. 07 CV 2405 L CAB

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby appears for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc.

Dated: February 1, 2008                     SELTZER CAPLAN McMAHON VITEK

                                            By: /s/ Gerald L. McMahon

                                               Gerald L. McMahon
                                               Monty A. McIntyre
                                               G. Scott Williams
                                               Attorney for Defendants
                                               LOWLIFE CORPORATION LIMITED,
                                               DALE MASTERS; and EBTM plc

NOTIFICATION OF APPEARANCE OF GERALD L. MCMAHON              CASE NO. 07 CV 2405 L CAB