| Gerald L. McMahon, Esq. (SBN 036050)<br>Monty A. McIntyre, Esq. (SBN 095796)<br>G. Scott Williams, Esq. (SBN 226516)<br><br>SELTZER CAPLAN MCMAHON VITEK<br>2100 Symphony Towers, 750 "B" Street<br>San Diego, CA 92101<br>ATTORNEY FOR (NAME): DEFENDANT LOWLIFE CORPORATION LIMTED, DALE MASTERS and EBTM plc | TELEPHONE NO.<br><br><br>(619) 685-3003<br>FAX NO.<br>(619) 685-3100 | *FOR COURT USE ONLY* |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | | |
| **PLAINTIFF:** REALLY LIKEABLE PEOPLE, INC., et al. | JUDGE:<br>DEPT: | |
| **DEFENDANT:** LOWLIFE CORPORATION, LTD, et al. | DATE:<br>TIME: | |
| **PROOF OF SERVICE** | CASE NO. 07 CV 2405 L CAB | |

I, Nicolette D. Murphy, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is 2100 Symphony Towers, 750 B Street, San Diego, CA 92101.

On **February 1, 2008**, I caused to be served the following document(s): **NOTICE OF APPEARANCE OF G. SCOTT WILLIAMS**

On the interested parties in this action: *SEE ATTACHED SERVICE LIST*

[ X ]   **U.S. MAIL** – I placed a copy in a separate envelope, with postage fully prepaid, for each address named above for collection and mailing on the below indicated day following the ordinary business practices at Seltzer Caplan McMahon Vitek. I certify that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit. *[MAILED TO J. WARREN RISSIER, ESQ. ONLY]*

[  ]   **OVERNIGHT MAIL** – I sent a copy via Federal Express for each address listed above. Federal Express Tracking No.

[ X ]   **ELECTRONIC SERVICE** – I served the above-described documents by electronically mailing them to each of the electronic addresses listed below. No error in transmission was reported.

| MONTY A. MCINTYRE, ESQ. | mcintyre@scmv.com |
| ALLISON C. SHANAHAN, ESQ. | shanahan@scmv.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 1, 2008**, at San Diego, California.

*/s/ Nicolette D. Murphy*
Nicolette D. Murphy

**PROOF OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| Monty A. McIntyre, Esq.<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, California 92101<br>Tele: (619) 685-3097 / Fax: (619) 702.6826<br>E-mail: mcintyre@scmv.com | Attorneys for Defendants LOWLIFE CORPORATION LIMITED; EBTM plc; and DALE MASTERS |
| Allison C. Shanahan, Esq.<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, California 92101<br>Tele: (619) 685-3035 / Fax: (619) 702.6839<br>E-mail: shanahan@scmv.com | Attorneys for Defendants LOWLIFE CORPORATION LIMITED; EBTM plc; and DALE MASTERS |
| J. Warren Rissier<br>Aron P. Rofer<br>Bingham McCutchen LLP<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 680-6400 / Fax: (213) 680-6499 | Attorneys for Plaintiffs Really Likeable People, Inc., Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and Really Likeable People II, Inc. (formerly Atticus Clothing, Inc.)<br><br>[VIA U.S. MAIL ONLY] |