Gerald L. McMahon, Esq.  (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
G. Scott Williams, Esq.  (SBN 226516)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:    (619) 685-3003
Facsimile:     (619) 685-3100

Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>        Defendants. | CASE NO.  07 CV 2405 L CAB<br><br>NOTICE OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16<br><br>Date:         March 24, 2008<br>Time:        10:30 a.m.<br>Courtroom:  14<br>Judge:       M. James Lorenz |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1  YOU ARE HEREBY NOTIFIED that on March 24, 2008, at 10:30 a.m. in Courtroom
2  14 of this Court, located at 880 Front Street, San Diego, California, Defendants LOWLIFE
3  CORPORATION LIMITED and DALE MASTERS will move the Court for an order to strike
4  the third and fourth causes of action. Said motion will be made under California Code of Civil
5  Procedure section 425.16 upon the grounds that the third and fourth causes of action should be
6  stricken pursuant to said statute.

7  Said motion will be based upon this Notice, the Memorandum of Points and Authorities
8  filed herewith, the accompanying Notice of Lodgment and documents lodged therewith, the
9  accompanying declarations of Monty A. McIntyre and Michael H. Riney, the Request for
10 Judicial Notice, and the complete files and records of this action.

13 Dated: February 5, 2008                    SELTZER CAPLAN McMAHON VITEK

15                                             By: /s/ Monty A. McIntyre

16                                              Gerald L. McMahon
                                                Monty A. McIntyre
17                                              G. Scott Williams
                                                Attorney for Defendants
18                                              LOWLIFE CORPORATION LIMITED,
19                                              DALE MASTERS; and EBTM plc

2
NOTICE OF SPECIAL MOTION TO STRIKE UNDER CCP § 425.16          CASE NO. 07 CV 2405 L CAB