1  Gerald L. McMahon, Esq.  (SBN 036050)
2  Monty A. McIntyre, Esq. (SBN 95796)
   G. Scott Williams, Esq.  (SBN 226516)
3  SELTZER CAPLAN McMAHON VITEK
   A Law Corporation
4  750 B Street, 2100 Symphony Towers
   San Diego, California 92101-8177
5  Telephone:   (619) 685-3003
6  Facsimile:    (619) 685-3100

7  Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as
8  LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

9              UNITED STATES DISTRICT COURT OF CALIFORNIA
10                       SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>           Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>           Defendants. | CASE NO.  07 CV 2405 L CAB<br><br>NOTICE OF LODGMENT IN SUPPORT OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16<br><br>Date:        March 24, 2008<br>Time:       10:30 a.m.<br>Courtroom:  14<br>Judge:      M. James Lorenz |

25  / / /
26  / / /
27  / / /
28

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Defendants LOWLIFE CORPORATION LIMITED and DALE MASTERS hereby lodge with the Court true and correct copies the following documents in support of their motion to strike Plaintiffs' complaint pursuant to California Code of Civil Procedure Section 425.16.

| TAB | DESCRIPTION |
|---|---|
| 1 | *Lowlife v RLP* complaint, San Diego Superior Court, Case No. GIC 881995 ("*Lowlife v. RLP*"), dated March 19, 2007 |
| 2 | Heads of Agreement ("Heads of Agreement"), dated March 28, 2007 |
| 3 | *Lowlife v. RLP* demand for arbitration ("*Lowlife v. RLP Arbitration*"), dated May 3, 2007 |
| 4 | Stipulation Re: Statement and Scope of Claim For Arbitration in the *Lowlife v. RLP Arbitration,* dated May 23, 2007 |
| 5 | Asset Purchase and Sale Agreement ("Atticus Purchase Agreement"), dated May 29, 2007 |
| 6 | Atticus Wind-Down Agreement, dated May 29, 2007 |
| 7 | Macbeth Wind-Down Agreement, dated May 29, 2007 |

| | | |
|---|---|---|
| 1 | 8 | Loserkids.uk.com Wind-Down Agreement, dated May 29, 2007 |
| 3 | 9 | Dismissal of *Lowlife v. RLP,* dated May 18, 2007 |
| 5 | 10 | Letter requesting that the *Lowlife v. RLP Arbitration* be taken off calendar, dated June 5, 2007 |

Dated: February 5, 2008          SELTZER CAPLAN McMAHON VITEK


By: _____
   Gerald L. McMahon
   Monty A. McIntyre
   G. Scott Williams
   Attorney for Defendants
   LOWLIFE CORPORATION LIMITED,
   DALE MASTERS; and EBTM plc