Gerald L. McMahon, Esq.  (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
G. Scott Williams, Esq.  (SBN 226516)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:    (619) 685-3003
Facsimile:     (619) 685-3100

Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.  07 CV 2405 L CAB<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16<br><br>RULE 201 OF THE FEDERAL RULES OF EVIDENCE<br><br>Date:          March 24, 2008<br>Time:         10:30 a.m.<br>Courtroom:   14<br>Judge:         M. James Lorenz |

　　　Defendants LOWLIFE CORPORATION LIMITED ("Lowlife") and DALE MASTERS ("Masters") request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence of the following:

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL　　　　　　　　　　　　　　CASE NO.  07 CV 2405 L CAB
MOTION TO STRIKE UNDER CCP § 425.16

1. *Lowlife v RLP* complaint, San Diego Superior Court, Case No. GIC 881995 ("*Lowlife v. RLP*"), dated March 19, 2007, attached as Exhibit 1 to the Notice of Lodgment filed herewith.

2. Heads of Agreement ("Heads of Agreement"), dated March 28, 2007, attached as Exhibit 2 to the Notice of Lodgment filed herewith.

3. *Lowlife v. RLP* demand for arbitration ("*Lowlife v. RLP Arbitration*"), dated May 3, 2007, attached as Exhibit 3 to the Notice of Lodgment filed herewith.

4. Stipulation Re: Statement and Scope of Claim For Arbitration in the *Lowlife v. RLP Arbitration,* dated May 23, 2007, attached as Exhibit 4 to the Notice of Lodgment filed herewith.

5. Asset Purchase and Sale Agreement ("Atticus Purchase Agreement"), dated May 29, 2007, attached as Exhibit 5 to the Notice of Lodgment filed herewith.

6. Atticus Wind-Down Agreement, dated May 29, 2007, attached as Exhibit 6 to the Notice of Lodgment filed herewith.

7. Macbeth Wind-Down Agreement, dated May 29, 2007, attached as Exhibit 7 to the Notice of Lodgment filed herewith.

8. Loserkids.uk.com Wind-Down Agreement, dated May 29, 2007, attached as Exhibit 8 to the Notice of Lodgment filed herewith.

9. Dismissal of *Lowlife v. RLP,* dated May 18, 2007, attached as Exhibit 9 to the Notice of Lodgment filed herewith.

10. Letter requesting that the *Lowlife v. RLP Arbitration* be taken off calendar, dated June 5, 2007, attached as Exhibit 10 to the Notice of Lodgment filed herewith.

Dated: February 5, 2008          SELTZER CAPLAN McMAHON VITEK

By: /s/ Monty A. McIntyre

   Gerald L. McMahon
   Monty A. McIntyre
   G. Scott Williams
   Attorney for Defendants
   LOWLIFE CORPORATION LIMITED,
   DALE MASTERS; and EBTM plc