| | | |
|---|---|---|
| Monty A. McIntyre, Esq. (SBN 95796)<br>SELTZER CAPLAN MCMAHON VITEK<br>2100 Symphony Towers, 750 "B" Street<br>San Diego, CA 92101 | TELEPHONE NO.<br>(619) 685-3003 | COURT USE ONLY |

Attorney For LOWLIFE CORPORATION LIMITED; EBTM plc; and DALE MASTERS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS: REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, et al. | JUDGE: M. James Lorenz<br>DEPT: 14<br>DATE: March 3, 2008<br>TIME: 10:30 a.m. |
| DEFENDANTS: LOWLIFE CORPORATION, LTD, an English limited company, et al. | |
| **CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER<br>07 CV 2405 L CAB |

I, Anna Gateley-Stanton, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurs; and my business address is 2100 Symphony Towers, 750 B Street, San Diego, CA 92101.

On today's date, I caused to be served the following document(s): NOTICE OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16; DECLARATION OF MONTY A. MCINTYRE IN SUPPORT OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16; NOTICE OF LODGMENT IN SUPPORT OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16; and REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16

By placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

J. Warren Rissier
Aron P. Rofer
Bingham McCutchen LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Phone: (213) 680-6400; Fax: (213) 680-6499
Attorneys for Plaintiffs Really Likeable People, Inc., Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and Really Likeable People II, Inc. (formerly Atticus Clothing, Inc.)

I then sealed each envelope and, with postage thereon fully pre-paid,

[ ] I deposited each in the United States Postal Service at San Diego, California.
[X] I placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2008, at San Diego, California.

*Anna Gateley-Stanton*

Anna Gateley-Stanton, PLS, CCLS