1  BINGHAM McCUTCHEN LLP
   J. Warren Rissier (No. 197939)
2  warren.rissier@bingham.com
   Aron P. Rofer (No. 240021)
3  aron.rofer@bingham.com
   355 S. Grand Avenue, 44th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 680-6400
5  Facsimile: (213) 680-6499

6  Attorneys for Plaintiffs Really Likeable People,
   Inc., Loserkids, Inc., Macbeth, Inc., Macbeth
7  Optics, LP, and Really Likeable People II, Inc.
   (formerly Atticus Clothing, Inc.)
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 | REALLY LIKEABLE PEOPLE, INC., a          | CASE NO. 07 CV 2405 L CAB
   | Delaware corporation, LOSERKIDS,
13 | INC., a California Corporation,           | **NOTIFICATION OF**
   | MACBETH, INC., a California               | **APPEARANCE OF J. WARREN**
14 | corporation, MACBETH OPTICS, LP, a        | **RISSIER**
   | California limited partnership, and
15 | REALLY LIKEABLE PEOPLE II, INC.
   | (formerly ATTICUS CLOTHING INC.), a
16 | California corporation

17            Plaintiffs,

18       vs.

19 LOWLIFE CORPORATION, LTD, an
   English limited company, EVERYTHING
20 BUT THE MUSIC, plc, an English
   corporation, DALE MASTERS, an
21 individual, and DOES 1 through 25,
   inclusive,
22
              Defendants.
23

24

25

26

27

28
A/72418938.1

1  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that the following attorney hereby appears for

3  Plaintiffs Really Likeable People, Inc., Loserkids, Inc., Macbeth, Inc., Macbeth

4  Optics, LP, and Really Likeable People II, Inc. (formerly Atticus Clothing, Inc.).

6  DATED: February 6, 2008        Bingham McCutchen LLP

9  By: _____
             J. Warren Rissier
           Attorneys for Plaintiff
      Really Likeable People, Inc., Loserkids,
     Inc., Macbeth, Inc., Macbeth Optics, LP,
      and Really Likeable People II, Inc.
       (formerly Atticus Clothing, Inc.)

A/72418938.1        - 1 -

NOTIFICATION OF APPEARANCE OF J. WARREN RISSIER; CASE NO. 07 CV 2405 L CAB

## PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Orange, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today, February 6, 2008, I served the attached:

**NOTIFICATION OF APPEARANCE OF J. WARREN RISSIER**

by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as follows:

Gerald L. McMahon, Esq.
Monty A. McIntyre, Esq.
G. Scott Williams, Esq.
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, CA 92101-8177

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on February 6, 2008.

*Brandy Nelson*
Brandy Nelson

A/72418938.1

- 1 -

PROOF OF SERVICE; CASE NO. 07 CV 2405 L CAB