## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.: 07cv2405-L (CAB)    CASE TITLE: *Really Likeable People, et al. v. Lowlife Corporation, et al.*
E-FILED DATE: 2/5/08    DOCKET NO.: 8, 9
DOCUMENT TITLE: Special Motion to Strike
DOCUMENT FILED BY: Defendants

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| x | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| X | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed (Doc. 8, 9) |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
| X | ECF § 2(f) | Lacking proper signature - Notice of Lodgment not signed |
|   | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
|   | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
|   | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
|   | Civ. L. Rule 7.1 | Missing table of contents |
|   | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
| X | ECF § 2(e) | OTHER: Failure to provide courtesy copy |
| X | ECF § 2(g)(2) | OTHER: Supporting documents are to be filed as attachments to the main document. Additionally, please do not file documents in all caps. |

**IT IS HEREBY ORDERED**:

| X | The documents are accepted despite the discrepancies noted above. If a courtesy copy is not delivered to chambers by close of business on February 12, 2008, noncompliant documents will be stricken from the record. |
|---|---|
|   | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED: February 11, 2008

_____
M. James Lorenz
United States District Court Judge