1   BINGHAM McCUTCHEN LLP
    J. Warren Rissier (No. 197939)
2   warren.rissier@bingham.com
    Aron P. Rofer (No. 240021)
3   aron.rofer@bingham.com
    355 S. Grand Avenue, 44th Floor
4   Los Angeles, CA 90071
    Telephone: (213) 680-6400
5   Facsimile: (213) 680-6499

6   Attorneys for Plaintiffs Really Likeable People, Inc.,
    Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and
7   Really Likeable People II, Inc. (formerly Atticus
    Clothing, Inc.)

8

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11

12  REALLY LIKEABLE PEOPLE, INC., a         CASE NO. 07 CV 2405 L CAB
    Delaware corporation, LOSERKIDS, INC., a
13  California Corporation, MACBETH, INC., a    DECLARATION OF ARON P. ROFER
    California corporation, MACBETH OPTICS, LP,  IN SUPPORT OF PLAINTIFFS'
14  a California limited partnership, and REALLY  OPPOSITION TO DEFENDANT
    LIKEABLE PEOPLE II, INC. (formerly         EBTM'S MOTION TO DISMISS
15  ATTICUS CLOTHING INC.), a California        PURSUANT TO RULE 12(b)(2)
    corporation
16                                              Judge:   Hon. M. James Lorenz
                    Plaintiffs,                 Date:    March 3, 2008
17                                              Time:    10:30 a.m.
              vs.                               Room:    14
18
    LOWLIFE CORPORATION, LTD, an English
19  limited company, EVERYTHING BUT THE
    MUSIC, plc, an English corporation, DALE
20  MASTERS, an individual, and DOES 1 through
    25, inclusive,
21
                    Defendants.
22

23

24

25

26

27

28

A/72426818.1

DECLARATION OF ARON P. ROFER; CASE NO. 07 CV 2405 L CAB

1

## DECLARATION OF ARON P. ROFER

2     I, Aron P. Rofer, declare and state as follows:

3     1.    I am an attorney licensed to practice law before all courts of the State of

4    California and I am an associate with the law firm Bingham McCutchen LLP, counsel of record

5    for plaintiffs Really Likeable People, Inc., Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP,

6    and Really Likeable People II, Inc. (formerly Atticus Clothing Inc.). I have personal knowledge

7    of the matters stated herein, and if called and sworn as a witness, I could and would competently

8    testify thereto.

9     2.    On February 14, 2008, I navigated to EBTM's homepage and the "About Us"

10    section located at http://www.ebtm.com/t-about.aspx. The webpage describes EBTM plc

11    ("EBTM") as "the leading online retailer of music inspired fashion." Attached hereto as Exhibit

12    A is a true and correct copy of a printout of the webpage. The relevant portion has been

13    bracketed.

14     3.    On February 12, 2008, I navigated to EBTM's homepage located at

15    http://www.ebtm.com. The webpage included a pull down screen allowing visitors to the site to

16    search for products by brand name. The webpage indicated that the following brands, in addition

17    to others, are sold through the website: Adeline, Adio, Alliance, Bench, DC Clothing, DC

18    Shoes, Dekline Shoes, Draven, Eastpak USA, Fender, Hurley International LLC, Iron Fist, Junk

19    Food, Level 27, Lost Property, Macbeth, Rockett, To Die For, Vans Clothing, Vans Shoes,

20    Vestal Watch, Inc. and Vintage. At my direction and under my supervision, Bingham

21    McCutchen research librarians determined that the above-named companies are based in

22    California.

23     4.    On February 12, 2008, I navigated to EBTM's homepage and visited the Investor

24    Relations portion of its website and, specifically, a heading labeled "Re Contract," which linked

25    to a press release labeled "EBTM plc Announces £800,000 Order With Leading UK Retailer,"

26    located at http://www.ebtm.com/images/investor%20relations/regulatory/

27    150807%20Re%20Contract.pdf. The press release, dated August 15, 2007, states that in summer

28    2007, EBTM "acquired [the] Atticus brand clothing range." Attached hereto as Exhibit B is a

1  true and correct copy of a printout of the document. The relevant portion has been bracketed.

2      5.      On February 12, 2008, I navigated to the Live Nation and Music Today websites

3  located at http://www.livenation.com/company/getCompanyInfo and

4  http://musictoday.com/about/contact.asp, respectively. The web pages state that Live Nation is

5  headquartered in Los Angeles, California, while Music Today lists an address in Virginia.

6  Attached hereto as Exhibits C and D are true and correct copies of printouts of the respective

7  web pages. The relevant portions have been bracketed.

8      6.      On February 12, 2008, I navigated to the web address for the London Stock

9  Exchange listing a regulatory announcement from EBTM at

10  http://www.londonstockexchange.com/LSECWS/IFSPages/MarketNewsPopup.aspx?id=163142

11  1&source=RNS. The announcement states, in part, that "the launch of the US webstore is in line

12  with [EBTM's] strategy for future growth." Attached hereto as Exhibit E is a true and correct

13  copy of a printout of the announcement displayed on the webpage. The relevant portion has

14  been bracketed. The Investor Relations section of EBTM's website, under a heading labeled

15  "view the latest EBTM share price and announcements," links to information about EBTM on

16  the London Stock Exchange's website, including the announcement described above. See

17  http://www.londonstockexchange.com/en-gb/pricesnews/prices/system/

18  detailedprices.htm?sym=GB00B0BHCS10GBGBXAIM%20B0BHCS1ERL.

19      7.      On February 12, 2008, I navigated to EBTM's homepage and visited its Investor

20  Relations section and, specifically, a heading labeled "Corporate Strategy," which linked to a

21  document located at http://www.ebtm.com/images/investor%20relations/

22  Description%20of%20Business.pdf. The document describes EBTM's corporate strategy as

23  including the following: "[EBTM] sells licensed merchandise and branded clothing, accessories

24  and footwear, enabling consumers to mirror the identity of their favorite brands. In June 2007

25  [EBTM] acquired Lowlife Corporation Ltd which is a wholesaler and retailer of music inspired

26  fashion. Lowlife designs, manufactures and distributes to retail a number of brands of clothing

27  which are complementary to [EBTM's] business." Attached hereto as Exhibit F is a true and

28  correct copy of a printout of the document. The relevant portion has been bracketed.

1    8.    On February 12, 2008, I navigated to EBTM's homepage and visited its Investor

2    Relations section and, specifically, a heading labeled "Annual Report & Accounts 2007" which

3    linked to a document entitled "Consolidated Financial Statements For The Year Ended 30 April

4    2007," located at http://www.ebtm.com/images/investor%20relations/

5    Annual%20Report%20Accounts%202007.pdf.  In  a portion of the document labeled, "EBTM

6    plc Chairman's Statement," the document states that one of EBTM's "[h]ighlights" of the year

7    was "an order of some £800,000 for Atticus clothing . . . ."  Attached hereto as Exhibit G is a

8    true and correct copy of a printout of the relevant portion of EBTM's Consolidated Financial

9    Statement.  The relevant portion has been bracketed.  In addition, this order for Atticus clothing

10   is the only contract that EBTM separately listed on its Investor Relations page, under the heading

11   "Re Contract" as referenced in paragraph 4, above.  See also Exhibit B.

12   9.    On February 13, 2008, I navigated to EBTM's homepage and visited its Investor

13   Relations section and, specifically, a heading labeled "Annual Report & Accounts 2007" which

14   linked to a document labeled "Consolidated Financial Statements For The Year Ended 30 April

15   2007," located at http://www.ebtm.com/images/investor%20relations/

16   Annual%20Report%20Accounts%202007.pdf.  The document states, in part, that:  "On 30 July

17   2007, Simon Hargreaves joined the board as a Non Executive Director . . ." and "[o]n completion

18   of the acquisition of Lowlife Dale Masters joined the Board."  Attached hereto as Exhibit H is a

19   true and correct copy of an excerpt of EBTM's aforementioned Consolidated Financial

20   Statement.  The relevant portion has been bracketed.

21   10.    On February 13, 2008, I navigated to the web address for the London Stock

22   Exchange listing a regulatory announcement from EBTM at

23   http://www.londonstockexchange.com/LSECWS/IFSPages/MarketNewsPopup.aspx?id=168806

24   4&source=RNS.  The announcement states, in part, that " . . . [EBTM] entered into wholesale

25   and online retail agreements with Adeline Clothing. . . ."  Attached hereto as Exhibit I is a true

26   and correct copy of a printout of the announcement displayed on the webpage.  The relevant

27   portion has been bracketed.

28   11.    On February 14, I navigated to the web address for Adeline clothing,

1   www.adelinestreet.com.  Attached hereto as Exhibit J is a true and correct copy of a printout of

2   Adeline Street's homepage.  Under the link labeled "Contact Us," Adeline Street lists its address

3   for wholesale inquiries as Santa Ana, California.  Attached hereto as Exhibit K is a true and

4   correct copy of a printout of the "Contact Us" page.  The relevant portion has been bracketed.

5       12.     On February 14, 2008 I navigated to the web address for the California Secretary

6   of State and conducted a California business portal search for "Adeline Street LLC" on the

7   webpage located at http://www.sos.ca.gov/business/business.htm.  The search result listed

8   Adeline Street LLC's address as 1100 Third Street, San Rafael, CA 94901.  Attached hereto as

9   Exhibit L is a true and correct copy of a printout of the webpage.  The relevant portion has been

10  bracketed.

11      13.     On February 13, 2008, I navigated to EBTM's homepage and visited its Investor

12  Relations section and, specifically, a heading labeled "Board of Directors," which linked to a

13  document listing EBTM's Board of Directors, located at

14  http://www.ebtm.com/images/investor%20relations/Board%20of%20Directors.pdf.  The

15  document lists as among EBTM's seven directors, the following four persons:  Richard Breeden,

16  Dale Masters, Hatty Fawcett, and Simon Hargreaves.  Attached hereto as Exhibit M is a true and

17  correct copy of a printout of the document.

18      I declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct, and that this declaration is executed on this 14th day of February,

20  2008.

21                                  s/Aron P. Rofer
                                    Aron P. Rofer

DECLARATION OF ARON P. ROFER; CASE NO. 07 CV 2405 L CAB

# TABLE OF CONTENTS

| Tab | Description | Page(s) |
|---|---|---|
| A | Printout from EBTM's website | 1 - 3 |
| B | Printout from EBTM's website | 4 |
| C | Printout from Live Nation's website | 5, 6 |
| D | Printout from Music Today's website | 7, 8 |
| E | Printout from London Stock Exchange website | 9 |
| F | Printout from EBTM's website | 10 |
| G | Portion of EBTM's Consolidated Financial Statement | 11 |
| H | Portion of EBTM's Consolidated Financial Statement | 12 |
| I | Printout from London Stock Exchange website | 13 |
| J | Printout of Adeline Street's homepage | 14, 15 |
| K | Printout from Adeline Street's website | 16 |
| L | Printout from California Secretary of State's website re: Adeline Street LLC | 17 |
| M | Printout from EBTM's website | 18, 19 |

DECLARATION OF ARON P. ROFER; CASE NO. 07 CV 2405 L CAB

**Exhibit A**

$ (USD)  € (EUR)  £ (GBP)

LOGIN / REGISTER

HOME    NEW IN    METAL    INDIE    EMO    ROCK    CULT    NU RAVE

**SEARCH**

By Keyword         GO!

By Band     ▾    GO!
By Brand    ▾    GO!

**BROWSE**

MEN    WOMEN

Clearance
Top Sellers
New In
Exclusive to EBTM

Band T-shirts
Cult T-shirts
Brand T-shirts
Vintage T-shirts
Hoodies
Tops
Bottoms
Jeans
Shoes
Belts
Bags
Accessories
Jewellery
Gifts

NOW IN: About Us

## About Us

Everything But The Music (EBTM.com) is the leading online retailer of music inspired fashion. For music fans we provide an unrivalled service that enables you to get the look of you favourite bands. And at a great price.

EBTM.com only sell products that meet our impeccable quality control levels.

We are entirely dedicated to offering our customers the very best value for money and service. We do this in a safe environment with completely secure on-line transactions, fast and reliable fulfilment and a quick and easy returns policy.

EBTM.com only sells band product sourced from official licensees. We do this because we think it is important that bands benefit financially from the use of their images and logos and because our experience of unofficial product is that it usually looks like it has been found behind a wheelybin or printed by a 4-year old using potatoes cut in half and dipped in poster paints.

We know our music. We'll keep you up to date with who's on the road and who's wearing what. We'll have a regular array of exclusive products. In fact, Everything But The Music.

**YOUR BASKET**
No items in your basket.

CHECKOUT
Your Account  |  Wish List

HELP & INFO



FREE DELIVERY
CLICK HERE FOR DETAILS

TOP SELLERS

Criminal Damage Jeans -
Stretch (Black)
Price: £24.99 (GBP)

Lowlife Belt - Triple S
(Black/Silver)
Price: £19.99 (GBP)



LAST FEW SALE BUYS
EBTM
CLICK HERE

**Exhibit A**
**1**

About EBTM.COM

2/14/2008



Criminal Damage Jeans - Stretch (Electric Blue)
Price: £24.99 (GBP)



Lowlife Belt - Danger Reversible Neon (White/Orange & Black/Orange)
Price: £14.99 (GBP)



Lowlife Belt - Triple S Neon (White/Green)
Price: £19.99 (GBP)

more...

    

**Exhibit A**
**2**

About EBTM.COM





Privacy Policy | About Us | Investor Relations | Contact Us | Affiliates | Site Map | Copyright © EBTM PLC 2003-2007. All Rights Reserved.
Delivery Info | Returns Policy | Payment And Security | Terms and Conditions |

Developed by Maginus Software Solutions Ltd

**Exhibit A**

3

**Exhibit B**

Date:           15 August 2007

On behalf of:   EBTM plc ("EBTM" or the "Company")

# EBTM plc

### EBTM PLC ANNOUNCES £800,000 ORDER WITH LEADING UK RETAILER

EBTM, the online retailer and brand owner of music inspired fashion, is pleased to announce that an £800,000 order for clothing has been placed by a leading retailer within the United Kingdom.

The total consideration for the order is £800,000 and underpins EBTM's existing forecast for the current financial year. The order is for an October delivery and includes the distribution and sale of EBTM's recently acquired Atticus brand clothing range.

Richard Breeden, Chief Executive of EBTM plc commented,

*"This is a positive step for EBTM as we continue to build growth across all areas of the business. EBTM continues to develop appropriate avenues for sustainable growth and this agreement creates an excellent platform for future development.*

*"As a company, our main objective is to drive profits and revenues for our shareholders. We are rapidly becoming recognised as the leading retailer of music inspired fashion in the UK and Europe. This order will consolidate our performance for the current financial year and we look to the future with confidence."*

-ends-

**Exhibit C**

# LIVE NATION

## About Us

### LiveNation.com

LiveNation.com is growing to become the world's largest concert search engine. We're dedicated to helping live music fans more easily and quickly find concert tickets and information about their favorite artists and venues. We're constantly rolling out new features to improve our concert search experience. Many of these are in response to suggestions from fans like you, so if you have a question or comment please let us know.

Click here for customer service inquiries

### Live Nation OPEL

OPEL is a beta version of our Open Platform Event Listing. Please note that the beta version of OPEL is for submission of events only by qualified representatives of concert venues in North America. If you are accepted into OPEL, we will contact you with further details on how to submit your events and customize your venue's dedicated page on LiveNation.com.

If you are interested in having your venue's concerts included on LiveNation.com, please visit http://promo.livenation.com/opel/ and complete the form.

### Live Nation Careers

Exhibit C
5

2/12/2008

Live Nation has exciting career opportunities and offers a comprehensive benefits program to eligible employees.

Click here for our Career Opportunities

**Live Nation Company Info**

Live Nation is the future of the music business. With the most live concerts, music venues and festivals in the world and the most comprehensive concert search engine on the web, Live Nation is revolutionizing the music industry: onstage and online. Headquartered in Los Angeles, California, Live Nation is listed on the New York Stock Exchange, trading under the symbol "LYV."

Click here for our Investor Relations Site

Exhibit C
6

**Exhibit D**

 musictoday

HOME   SHOP   HELP   CONTACT



**SHOP THE MUSICTODAY SUPERSTORE**

JOIN   LOGIN

>> CONTACT
MUSICTODAY.COM

5391 Three Notched Road
Crozet, VA
22932

877-Music-77

800-594-Tixx

1-877-DISCREP (347-2737)

434.984.6798

CONTACT US

At Musictoday, we welcome your input! Please send:

merchandise@musictoday.com

feedback@musictoday.com

ideas@musictoday.com

cds@musictoday.com

merchandise@musictoday.com

sales@musictoday.com

webmaster@musictoday.com

tourdates@musictoday.com

venues@musictoday.com

tix@musictoday.com

jobs@musictoday.com

**WHERE DO WE GO FROM HERE?**   

Musictoday is a Live Nation company.

©1999-2008 Musictoday, LLC. All rights reserved.
Musictoday, Musictoday.com, and THE ARTIST/FAN CONNECTION are registered trademarks and service marks of Musictoday
privacy statement | terms and conditions | user agreement

**Exhibit E**

## Regulatory Announcement

**Go to market news section**

| | |
|---|---|
| **Company** | EBTM PLC |
| **TIDM** | EBTM |
| **Headline** | EBTM Launches US Webstore |
| **Released** | 07:00 19-Nov-07 |
| **Number** | 9096H |

RNS Number:9096H
EBTM PLC
19 November 2007


EBTM LAUNCHES US WEBSTORE FOR ATTICUS CLOTHING

EBTM plc (EBTM), the online retailer and brand owner of music inspired fashion, is pleased to announce the launch of its US webstore for Atticus Clothing. EBTM has entered into an agreement with Music Today (a part of the Live Nation group of companies) to run the store in the USA. The site will provide a retail outlet at www.atticusclothing.com.

The launch will take effect immediately and follows the Company's objective to expand into new markets. The recently acquired Atticus brand is now well established and EBTM is well placed to distribute product to North America, where demand for the Atticus range is strong.

Richard Breeden, Chief Executive of EBTM commented:

" We are delighted to announce the launch of the US webstore for the Atticus brand. We now have the platform from which we can increase our market position as the leading provider of music inspired fashion not only in the UK but in North America also."

" To work with Live Nation is a significant step for EBTM. The launch of the US webstore is in line with our strategy for future growth. This is an exciting development for EBTM and we look forward to reporting our interim results after the all important Christmas trading period. The future for the company remains very promising."

                              -ends-

Date: 19 November 2007

For further information contact:

| EBTM plc | cityPROFILE |
|---|---|
| Richard Breeden, Chief Executive | William Attwell |
| Tel: 020 7819 1950 | Tel: 020-7448-3244 |

web: www.EBTM.com

                This information is provided by RNS
        The company news service from the London Stock Exchange

END

Exhibit E

9

**Exhibit F**

EBTM plc (Everything But The Music) listed on AIM in March 2005. It is a vertically integrated online retailer of music inspired fashion. EBTM.com sells licensed merchandise and branded clothing, accessories and footwear, enabling consumers to mirror the identity of their favourite bands. In June 2007 EBTM acquired Lowlife Corporation Ltd which is a wholesaler and retailer of music inspired fashion. Lowlife designs, manufactures and distributes to retail a number of brands of clothing which are are complementary to EBTM's business. The largest brand distributed by Lowlife is the Atticus brand which EBTM also acquired in July 2007.

**Exhibit G**

# EBTM Plc

## Chairman's Statement

### Highlights

- Turnover up to £1.354 million (2006- £0.158 million)

- Operating loss of £0.684 million (2006- operating loss £0.426 million).

- Loss before amortisation, depreciation, taxation and the FRS 20 charge for share incentives of £0.451 million.

- On 31 May 2007, EBTM acquired Core Brands Limited whose main trading subsidiary is Lowlife Corporation Limited. On 9 July 2007, the intellectual property rights related to the Atticus clothing brand were also acquired.

- Post period end, EBTM announced the signing of licenses for the Adeline Street Clothing (Green Day) and Clandestine Industries (Pete Wentz).

- Post period end, EBTM announced an order of some £800,000 for Atticus clothing from a major high street retailer in the UK.

The comparative figures for 2006 are for the 62 week period ended 30 April 2006.

### Overview

Music is a key inspiration for lifestyle in modern youth culture. EBTM is an online only clothing retailer focusing on what we have termed "music inspired fashion". Young people look to their music icons to help define their identity and what they wear is an intrinsic part of this.

EBTM retails clothing, footwear and accessories in three categories. We sell officially licensed music merchandise, branded fashion which has a direct association with music (for example a clothing brand started by a band) and finally branded or unbranded fashion enabling fans to get the look of either a particular artist or a music scene.

The target market is 16 years old upwards, predominantly male but increasingly female. The geographical focus to date has been the UK market. We have assessed a number of opportunities in mainland Europe and plan to commence operations in France in the near future. As a result of the post period end acquisition of Lowlife described below, we now have a trading business in Spain.

EBTM started trading in July 2005 and was admitted to AIM in March 2006, following a reverse acquisition by E-Retail plc. EBTM now offers one of the largest selection of music inspired fashion and accessories on the internet.

Since the year end EBTM has made two key acquisitions creating a vertically integrated retailer which owns and licenses key clothing brands under the banner of music inspired fashion, as well as having a significant and fast growing wholesale distribution network in the UK and Europe and a sophisticated sourcing network in the Far East.

These acquisitions have given the business both scale and profitability, a position from which we hope to continue the rapid growth demonstrated since flotation.

### The Market Context

EBTM inhabits a key area in the changing landscape of value creation in the entertainment industry. The rapid increase in the penetration of music, but its decline in value due to online file sharing, has led numerous parties to adopt an increasingly holistic business model as rights owners. Music merchandise is now seen as a key revenue stream for music artists and the companies which hold their rights. This area is undergoing a period of rapid sales growth.

In addition artists are increasingly developing their own fashion labels (as part of an unspoken brand extension strategy) something which usually takes place outside the context of their merchandise rights agreements. This appears to be an area of significant future opportunity and potential growth.

EBTM is well placed as online retail continues to grow rapidly despite the difficulties seen on the high street. IMRG continue to predict very rapid growth in the sector.

2

**Exhibit H**

## EBTM Plc

**Acquisition of Lowlife Corporation Limited (continued)**

Lowlife's products are marketed under a variety of brand names, some of which are the subject of third party ownership and for which it pays royalties for the right to use the brand name. Lowlife is predominately an accessories brand. Atticus which is the single largest brand distributed Lowlife was operated under license until the subsequent acquisition of the brand IPR, further detailed below.

**Acquisition of Atticus Clothing Brand**

The remaining funds from the Placing were used to acquire the intellectual property rights relating to the Atticus clothing brand for which EBTM paid US $4.2 m. This transaction was completed on 9 July 2007.

**Benefits of the acquisitions**

These acquisitions provide scale and a profitable operation for the Group, creating a platform for continued rapid growth. Both revenue and cost synergies are available to the Group as well as the benefits of the rights ownership and the control of distribution.

The acquisition of the intellectual property in Atticus ensures that EBTM controls the design process in house, no longer has to pay royalties for sales on the brand and will itself be able to attract royalty income from sales of the brand by overseas licensees.

The in-house design and sourcing capability (80% of Lowlife's sourcing is from China) enables the further acceleration of "own brand" product which started in 2006.

In addition EBTM has created online stores for the Lowlife brand and the Atticus brand on its own platform and will create single brand stores which cover Europe for all the brands it distributes.

Since acquisition, the business has been trading well. This has been underpinned by an order of some £800,000 from a major UK high street retailer. We continue to exploit existing distribution channels and explore new ones both in the UK and overseas.

The financial and operational management of the Group will be consolidated creating cost synergies. At the time of writing the integration of the businesses is going well and is nearly complete.

**New Licenses**

Post year end, we have also announced the acquisition of the wholesale distribution rights for Adeline Clothing and Clandestine Industries and have plans to create single brand online stores for them both. Both brands have previously been good sellers for EBTM when imported from USA wholesalers.

**The Team**

We continue to develop an executive and non-executive team of the very highest quality and with substantial plc board experience.

I joined the board in September 2006 and was appointed as Non-Executive Chairman on 30th October 2006. Since December 2005 I have been Chairman of Western & Oriental plc, an AIM quoted luxury travel company, having previously been the Chief Financial Officer and a Main Board Director of lastminute.com plc until March 2005. I helped grow lastminute.com from a market value of approximately £30m to over £600m over a 4 year period.

On 30 July 2007, Simon Hargreaves joined the board as a Non Executive Director. Simon, aged 44, was a member of the board of Vanco plc for 13 years. He started his career at Vanco as Group Finance Director and has also been the Chief Executive of Vanco Solutions, which is the main trading business. Simon was also a director of the Lowlife Group of companies until their acquisition by EBTM earlier on 2007. On 26 September 2007, Simon decided to leave Vanco to pursue his other business interests..

On completion of the acquisition of Lowlife Dale Masters joined the Board. Dale founded Lowlife Corporation in 2001. He successfully developed, manufactured and marketed a number of leading music orientated youth culture brands, including Atticus and Lowlife in the UK, Spain and internationally. Dale previously worked for The French Connection Group PLC based in London and the Far East for five years before establishing a successful sourcing and manufacturing company supplying well known UK youth and street-wear brands.

4

**Exhibit I**

Acquisition of Atticus clothing brand

The remaining funds from the placing were used to acquire the intellectual property rights relating to the Atticus clothing brand for which EBTM paid US$4.2 million prior to costs. This transaction was completed on 9 July 2007. This is a brand which sits squarely with our proposition of music inspired fashion.

The acquisition of the intellectual property in Atticus ensures that EBTM controls the design process in house and we no longer have to pay royalties for sales of the brand. The Atticus clothing brand continues to trade well through the Lowlife distribution network in the UK and Europe and the savings in royalty payments, anticipated at the point of acquisition in June 2007, have been delivered in line with management expectations.

Sales of Atticus continue to grow and on 15 August 2007, EBTM announced an order of some £800,000 for Atticus clothing from a major high street retailer in the UK. The effect of this transaction is recognised in the period ended 31 October 2007.

Management believes that working with the right partners is crucial to build long term value in the brand. The search for an appropriate North American licensee and the agreement of appropriate terms with the licensee has taken longer than expected. As a result royalty income from the USA will fall significantly short of previous expectations in the current financial year and is now not anticipated to reach a material level until the year ending 30 April 2009.

Since the period end we are pleased to have concluded licence agreements for the Atticus brand with licensees in the USA and Canada. We will work closely with our partners and expect to begin to develop revenues from these markets in future periods.


Brands

Our in-house design and sourcing functions, capabilities acquired with the acquisition of Lowlife, have started to enable the further acceleration of "own brand" products which began in 2006 and the roster of brands which we own or distribute continues to grow.

Alongside the Atticus clothing brand there are a number of other music inspired fashion brands which we either own or operate.

Our own brand, Lowlife, has established itself within the accessories market and there are many opportunities to expand the reach of Lowlife products. We have also begun to develop two new brands called Panic! and LIFE, which will complement our existing product portfolio as we move into the next financial year.

In addition, we entered into wholesale and online retail agreements with Adeline Clothing (announced on 5 September 2007) and Clandestine Industries (announced 19 September 2007) and since the period end we have entered into a distribution agreement with Rockett clothing (an established music inspired fashion brand from California).

We intend to continue to build a strong pipeline of music inspired brands to augment those already in our stable.


**Exhibit I**

13

**Exhibit J**





| Home | Contact Us | Links | News/Media | Take Action |

All Content © 2006-2007 Adeline Street and Adeline Records, LLC
All Rights Reserved. No portion of this site may reproduced without express permission.
Website designed by AMH Creative

**Exhibit K**



**Exhibit L**

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

◢ Business Search
LP/LLC

| **Printer Friendly Page** |
| **New Search** |
| **Search Tips** |
| **Field Definitions** |
| **Status Definitions** |
| **LLC Name Availability** |
| **LP Name Availability** |
| **Business Entities**
**Records Order Form**
Certificates
Copies
Status Reports |
| **LLC FAQS** |
| **LP FAQS** |
| **LLC Main Page** |
| **LP Main Page** |
| **Site Search** |

Limited Partnerships/Limited Liability Companies   **LP/LLC**

The information displayed here is current as of "Feb 8, 2008" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| **LP/LLC** | | |
|---|---|---|
| ADELINE STREET, LLC | | |
| **Number: 200617110113** | **Date Filed: 6/16/2006** | **Status: active** |
| **Jurisdiction: CALIFORNIA** | | |
| **Address** | | |
| 1100 THIRD ST | | |
| SAN RAFAEL, CA 94901-3019 | | |
| **Agent for Service of Process** | | |
| ZACHARY E ZEISLER | | |
| 1100 THIRD ST | | |
| SAN RAFAEL, CA 94901 | | |

Printer Friendly

**New Search**

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **Business Entities Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**.

Copyright ©2001 California Secretary of State. **Privacy Statement.**

**Exhibit L**
17

**Exhibit M**

## Board of directors

## Executive Directors

### *Richard Breeden MBA, Group Chief Executive Officer*

Before founding EBTM, Richard spent 13 years in the recorded music industry. Directly prior to founding EBTM, Richard spent two-and-a-half years as General Manager of Blue Grape, one of the UK's foremost music merchandise rights ownership and retail/wholesale companies. Richard helped conclude a successful trade sale of the business in late 2004 and founded EBTM Ltd in early 2005.

### *Grant Calton, Executive Director – Business Development*

From 1986 onwards Grant launched a series of music and media companies, including magazine publishers Attic Press, Mighty Boy Records, GLD Music, and Avviso Public Relations. In 1997, he launched the Australasian operation of music TV network 'The Box', which he operated until its sale to MTV in 1999. In 2000, he joined US corporate finance house, Moore Clayton & Company as a Managing Director, where he specialised in advising small businesses in the media space. In 2004, he co-founded Solid Air Music. Grant's core skills are in building and managing brands, particularly in entertainment and youth culture.

### *Dale Masters, Executive Director – Lowlife Managing Director*

Dale founded Lowlife Corporation in 2001, and as Managing Director has successfully developed, manufactured, and marketed a number of leading music orientated/youth culture brands, including Atticus and Lowlife in the UK, Spain, and Internationally.

### *Hatty Fawcett MBA, aged 36, Executive Director – Marketing*

Hatty joined EBTM in March 2006 and has worked in sales and marketing for 13 years. Immediately before joining EBTM Hatty was a Strategic Marketing Manager at the BBC. Previously she worked for the Chartered Management Institute where she was responsible for developing the Institute's online marketing strategy.

## Non-Exec Directors

### *David Howell, aged 57, Non-Executive Chairman*

Since December 2005 he has been Chairman of Western & Oriental. Previously he was CFO of lastminute.com until March 2005. From 1996 to 2001 he was the Group Finance Director of First Choice Holidays. David is currently a Non-Executive Director of The Berkeley Group Holdings. He was also a Non-Executive Director of Nestor Healthcare Group from 2000 to 2003.

### *Quentin Griffiths, aged 38, Non-Executive Director*

Quentin was co-founder of ASOS, the UK's No.2 online retailer of clothing. He was Marketing Director and on the Board of ASOS until he resigned his Directorship in June 2004.

### *Simon Hargreaves, Aged 44, Non-Executive Director*

Simon Hargreaves is Chief Executive of Vanco Solutions, the main trading business of Vanco plc and former Non-Executive Director of the Lowlife group of companies. Simon Hargreaves, aged 44, from has been a member of the Vanco plc Board for thirteen years. He started his career at Vanco as Group Finance Director and is the current Chief Executive of Vanco Solutions. Simon was a Non-Executive Director of the Lowlife group of companies until its recent acquisition by EBTM plc. Simon has been instrumental in building Vanco's pre-tax profit from £240,000 to over £14.7million over the last thirteen years. Vanco plc listed successfully on the London Stock Exchange in November 2001 and has since, increased its market capitalisation five-fold to the current level of some £250million.