1  BINGHAM McCUTCHEN LLP
   J. Warren Rissier (No. 197939)
2  warren.rissier@bingham.com
   Aron P. Rofer (No. 240021)
3  aron.rofer@bingham.com
   355 S. Grand Avenue, 44th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 680-6400
5  Facsimile: (213) 680-6499

6  Attorneys for Plaintiffs Really Likeable People, Inc.,
   Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and
7  Really Likeable People II, Inc. (formerly Atticus
   Clothing, Inc.)

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12  REALLY LIKEABLE PEOPLE, INC., a        CASE NO. 07 CV 2405 L CAB
    Delaware corporation, LOSERKIDS, INC., a
13  California Corporation, MACBETH, INC., a   **DECLARATION OF PATRICK**
    California corporation, MACBETH OPTICS, LP,  **SWART IN SUPPORT OF**
14  a California limited partnership, and REALLY  **PLAINTIFFS' OPPOSITION TO**
    LIKEABLE PEOPLE II, INC. (formerly   **DEFENDANT EBTM'S MOTION TO**
15  ATTICUS CLOTHING INC.), a California  **DISMISS PURSUANT TO RULE**
    corporation                          **12(b)(2)**
16
                   Plaintiffs,           Judge:   Hon. M. James Lorenz
17                                        Date:    March 3, 2008
              vs.                         Time:    10:30 a.m.
18                                        Room:    14
    LOWLIFE CORPORATION, LTD, an English
19  limited company, EVERYTHING BUT THE
    MUSIC, plc, an English corporation, DALE
20  MASTERS, an individual, and DOES 1 through
    25, inclusive,
21
                   Defendants.
22

23

24

25

26

27

28

A/72424353.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF PATRICK SWART

I, Patrick Swart, declare and state as follows:

1.     I am the Senior Systems Analyst of TrialGraphix, Inc. ("TrialGraphix"). I am experienced with capturing internet content for clients involved in legal proceedings, and I am the primary person at TrialGraphix responsible for doing so. The following facts are within my personal knowledge.

2.     On September 28, 2007, I navigated to the web address www.ebtm.com, and used a website-mirroring program to capture all of the content within www.ebtm.com, saving it to my local computer and to a compact disk.

3.     Attached hereto as Exhibit A is a true and correct copy of the webpage from www.ebtm.com for sale of Atticus Clothing, http://www.ebtm.com/m-7-atticus-clothing-at-ebtm.aspx, as it existed on September 28, 2007.

4.     Attached hereto as Exhibit B is a true and correct copy of the meta data for the webpage identified in the paragraph above. EBTM included in its meta data for the Atticus web page, http://www.ebtm.com/m-7-atticus-clothing-at-ebtm.aspx, the following phrases: "Atticus Clothing. Designed by Tom DeLonge" and "Atticus Clothing T Shirts T-Shirts tshirts blink 182." The relevant portion on page 1 of the meta data has been highlighted in Exhibit B, attached. It is commonly known by persons in the business of internet commerce that this meta data is read and indexed by search engine algorithms employed by Google and other major internet search providers. In other words, it is known that Google looks to this meta data to provide information to its users seeking to locate items via the internet.

5.     On September 25, 2007, I also navigated to the web address www.atticusclothing.com, and used a website-mirroring program to capture all of the content within www.atticusclothing.com, saving it to my local computer and to

1 | a compact disk.

2 |      6.     Attached hereto as Exhibit C is a true and correct copy of the

3 | homepage from www.atticusclothing.com, as it existed on September 25, 2007.  If

4 | a user clicked on the "shop" tab, the website linked to

5 | http://www/atticusclothing.com/Dealers.  Attached hereto as Exhibit D is a true

6 | and correct copy of this webpage.  On this page, if a user clicked on "EBTM"

7 | under "ONLINE DEALERS," it linked to http://www.ebtm.com/m-7-atticus-

8 | clothing-at-ebtm.aspx, the webpage for purchase of Atticus Clothing from

9 | www.ebtm.com.  This is the same EBTM Atticus webpage described in

10 | paragraph 3, above.  I highlighted the relevant link on Exhibit D to the EBTM

11 | Atticus webpage with a circle and pointing-hand icon.

12 |      I declare under penalty of perjury under the laws of the State of California

13 | that the foregoing is true and correct, and that this declaration is executed on this

14 | _13_ th day of February, 2008.

15 |                            Patrick Swart

1

# TABLE OF CONTENTS

2

| __Tab__ | __Description__ | __Page(s)__ |
|---|---|---|
| A | Printout from EBTM website | 1, 2 |
| B | Meta data for the EBTM webpage | 3 - 17 |
| C | Printout of Atticus Clothing homepage | 18 |
| D | Printout from Atticus Clothing website | 19 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

 **Music Inspired Fashion** 

£ (GBP) € (EUR) $ (USD)

**HOME  NEW IN  METAL  INDIE  EMO  ROCK  CULT**                    Login / Register

---

**SEARCH**
- By Band
- By Brand
- By Keyword

**BROWSE**
**MEN**
NEW IN
EXCLUSIVE
CLEARANCE
TOP SELLERS

Tops
Bottoms
Accessories
Shoes
Stationery
Jewellery
Gifts

**WOMEN**









Click for company profile

---

NOW IN: Atticus

## Atticus                                   Page: 1 2 3 4 ▶



**Atticus Clothing. New Season on stock and ready to ship now!**
*Don't see what you want? Then why not try looking in Atticus Men or Atticus Women.*

   

Atticus Crew Sweater - Micha (Black)
Price: $80.12 (USD)

Atticus Crew Sweater - Micha (Charcoal)
Price: $80.12 (USD)

Atticus Jacket - Marley (Black)
Price: $100.13 (USD)

Atticus Jumper - Clayton (Black)
Price: $80.12 (USD)

  

Atticus Jumper - Clayton (Brown)
Price: $80.12 (USD)

Atticus T-shirt - Aben (Black)
Price: $40.05 (USD)

Atticus T-shirt - Chateaux (Black)
Price: $46.04 (USD)

Atticus T-shirt - Rising (White)
Price: $40.05 (USD)

    

Atticus T-shirt - Stacked (White)
Price: $40.05 (USD)

Atticus Zip Hoodie - Leftover (Black)
Price: $120.18 (USD)

Atticus Crew Fleece - Firm (Black)
Price: $80.12 (USD)

Atticus Hoodie - DFA (Black)
Price: $90.13 (USD)

 

Atticus Hoodie - Quake
Regular Price: $120.20 (USD)
On Sale For: $100.13 (USD)

Atticus Hoodie - Rising (Black)
Price: $90.13 (USD)

Atticus Jacket - Fischer (Black)
Price: $110.17 (USD)

Atticus Jacket - Fischer (Red)
Price: $110.17 (USD)

 

Atticus Jacket - York (Black)
Price: $120.16 (USD)

Atticus Jacket - York (Brown)
Price: $120.16 (USD)

Atticus Longsleeve Shirt - Battle (Black)
Price: $80.12 (USD)

Atticus Longsleeve Shirt - Battle (Charcoal)
Price: $80.12 (USD)

---

**YOUR BASKET**
No items in Basket

CHECKOUT

YOUR ACCOUNT
HELP & INFO


FREE UK DELIVERY

**TOP SELLERS**


Criminal Damage Jeans - Stretch (Grey)
Price: $50.06 (USD)


Criminal Damage Jeans - Stretch (Indigo)
Price: $50.06 (USD)


Criminal Damage Jeans - Stretch (Electric Blue)
Price: $50.06 (USD)


Lowlife Belt - Triple S (Black/Silver)
Price: $40.05 (USD)


Blacklist Jacket - Drummer Boy (Silver)
Price: $70.10 (USD)

---

**Exhibit A**
**1**

more...

Delivery Info | Returns Policy | Payment And Security | Terms and Conditions |
Privacy Policy | About Us | Investor Relations | Press Releases | Contact Us | Affiliates | Site Map | Copyright © EBTM PLC 2003-2007. All Rights Reserved.

Developed by Maginus Software Solutions Ltd

**Exhibit B**

m-7-atticus-clothing-at-ebtm.html

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<html>

<!-- Mirrored from www.ebtm.com/m-7-atticus-clothing-at-ebtm.aspx by HTTrack Website
Copier/3.x [XR&CO'2007], Sat, 29 Sep 2007 02:44:49 GMT -->
<!-- Added by HTTrack --><meta http-equiv="content-type"
content="text/html;charset=utf-8"><!-- /Added by HTTrack -->
<head>
    <title>Atticus Clothing at EBTM</title>
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <meta name="rating" content="General">
    <meta name="distribution" content="global">
    <meta name="robots" content="all">
    <meta name="description" content="Atticus Clothing. Designed by Tom Delonge.">
    <meta name="keywords" content="Atticus Clothing T Shirts T-Shirts tshirts blink 182">
    <link rel="stylesheet" href="skins/Skin_1/style.css" type="text/css">
    <link rel="stylesheet" href="skins/Skin_1/brandsPlugin.css" type="text/css">
    <link rel="stylesheet" href="skins/Skin_1/ShopNavigation.css" type="text/css">
    <link rel="stylesheet" href="skins/Skin_1/centreStyle.css" type="text/css">
    <link rel="stylesheet" href="skins/Skin_1/NavMenu.css" type="text/css">
    <link rel="stylesheet" href="skins/Skin_1/Pods.css" type="text/css">
    <script type="text/javascript" src="jscripts/formValidate.js"></script>
    <script type="text/javascript" src="jscripts/maginusScripts.js"></script>

        <style media="screen" type="text/css">
                div#centeringDiv1{
                        background-image: url(skins/Skin_1/images/bgshadow.jpg);
                }
                td.DottedDivider{
                        background-image:
url(skins/skin_1/images/graydott-line.gif);
                }

        </style>
        <script src="../ssl.google-analytics.com/urchin.js"
type="text/javascript"></script>
  </head>
  <body>
  <a class="skiplink" href="#startcontent">Skip over navigation</a>
  <script type="text/javascript">
_uacct = "UA-344566-1";
urchinTracker();
</script>

    <div id="centeringDiv1">
      <div id="centeringDiv2">

<table cellspacing="0" cellpadding="0" width="100%" border="0">
        <tr><td width="984" align="right"><!--Plug-In Currency Selector: START--><div
class="CurrencySelector"><a
href="setcurrency3a56.html?returnURL=%2fshowmanufacturer.aspx%3fManufacturerID%3d7%26SENam
e%3datticus-clothing-at-ebtm&amp;currencysetting=GBP">£ (GBP)</a> <a
href="setcurrencyf0fd.html?returnURL=%2fshowmanufacturer.aspx%3fManufacturerID%3d7%26SENam
e%3datticus-clothing-at-ebtm&amp;currencysetting=EUR">€ (EUR)</a> <a
href="setcurrencyce1f.html?returnURL=%2fshowmanufacturer.aspx%3fManufacturerID%3d7%26SENam
e%3datticus-clothing-at-ebtm&amp;currencysetting=USD">$ (USD)</a> </div><!--Plug-In
Currency Selector: END--></td></tr>

        <tr id="headerstyle">
                <td width="1%"><h1 class="hiddenitem">Everything But The Music - Music
inspired fashion</h1><a href="default.html"><img
src="skins/skin_1/images/ebtm_web_Metal_header2.jpg" alt="Everything But The Music"
border="0"></a></td>

                <td width="99%">

                </td>
```

Exhibit B

3

m-7-atticus-clothing-at-ebtm.html

```
            </tr>
    </table>
    <table cellspacing="0"   cellpadding="0" width="984px" border="0">
            <tr>
                    <td>
                            <table cellspacing="0" cellpadding="0" width="984px" border="0">
                                    <tr>
                                            <td nowrap align="left" width="60%" bgcolor="#403D48">
                                            <!-- simple inline ul of genres -->
                                            <ul id="nav-menu">
<li><a href="default.html">HOME</a></li>
<li><a class="active" href="c-2-new-inc809.html?GenreFilterID=0">NEW IN</a></li>
<li><a class="active" href="g-1-metal.html">METAL</a></li>
<li><a href="g-2-indie.html">INDIE</a></li>
<li><a href="g-4-emo.html">EMO</a></li>
<li><a href="g-3-rock.html">ROCK</a></li>
<li><a href="g-5-cult.html">CULT</a></li>
</ul>
<td nowrap width="40%" align="right" bgcolor="#403D48"><div
class="loginuser">    <a class="login" href="signin.html">Login /
Register</a></div></td>
                                    </tr>
                            </table>
                    </td>
            </tr>
    </table>
    <table cellspacing="2" cellpadding="0" width="984"  border="0">
            <tr>
                    <td height="30">
                            <table cellspacing="0" cellpadding="4" width="100%" border="0">
                                    <tr>
                                            <td class="leftnavouter" valign="top" align="left">
                                            <table cellspacing="0" cellpadding="0" border="0" >
                                                    <tr>
                                                            <td height="3"></td>
                                                    </tr>

                                                    <tr><td>
                                                    <!-- Search By Plug-Ins START -->
                                                    <div id="sidebarsearch"><img
src="skins/skin_1/images/h-search.gif" alt="Search The Site"><!--
XmlPackage=skin.SearchBy.xml.config_1__USD_0_0_ShowPricesInclusiveOfVAT_2_0 --><script
type="text/javascript" src="jscripts/maginusScripts.js"></script><form id="bandsearchform"
name="bandsearchform" method="post" action="#"><!--Plug-In: Search by Band--><select
id="BandList" name="BandList" class="searchBy"
onkeypress="mag_submitOnEnter(event,'bandsearchform','BandButton');"><option value="">By
Band</option>
    <option value="g-275-plus-44-band-t-shirts-music-merchandise-.aspx">+44</option>
    <option value="g-259-3-inches-of-blood-band-t-shirts-music-merchandise-.aspx">3 Inches
Of Blood</option>
    <option
value="g-310-30-seconds-to-mars-clothing-inpsired-by-the-band-and-100-official-merchandise
-at-ebtm.aspx">30 Seconds To Mars</option>
    <option value="g-6-36-crazyfists-band-t-shirts-music-merchandise-.aspx">36
Crazyfists</option>
    <option value="g-7-a-life-once-lost-band-t-shirts-music-merchandise-.aspx">A Life Once
Lost</option>
    <option value="g-8-acdc-band-t-shirts-music-merchandise-.aspx">AC/DC</option>
    <option value="g-9-aerosmith-band-t-shirts-music-merchandise-.aspx">Aerosmith</option>
    <option value="g-10-afi-band-t-shirts-music-merchandise-.aspx">AFI</option>
    <option value="g-11-aiden-band-t-shirts-music-merchandise-.aspx">Aiden</option>
    <option value="g-12-alice-cooper-band-t-shirts-music-merchandise-.aspx">Alice
Cooper</option>
    <option value="g-13-alice-in-chains-band-t-shirts-music-merchandise-.aspx">Alice In
Chains</option>
    <option value="g-14-alkaline-trio-band-t-shirts-music-merchandise-.aspx">Alkaline
Trio</option>
    <option value="g-15-all-american-rejects-band-t-shirts-music-merchandise-.aspx">All
```

Page 2

**Exhibit B**

4

```
                          m-7-atticus-clothing-at-ebtm.html
American Rejects</option>
    <option value="g-16-angels-and-airwaves-band-t-shirts-music-merchandise-.aspx">Angels
And Airwaves</option>
    <option value="g-17-anthrax-band-t-shirts-music-merchandise-.aspx">Anthrax</option>
    <option value="g-18-arch-enemy-band-t-shirts-music-merchandise-.aspx">Arch
Enemy</option>
    <option value="g-19-arctic-monkeys-band-t-shirts-music-merchandise-.aspx">Arctic
Monkeys</option>
    <option value="g-20-as-i-lay-dying-band-t-shirts-music-merchandise-.aspx">As I Lay
Dying</option>
    <option value="g-21-atreyu-band-t-shirts-music-merchandise-.aspx">Atreyu</option>
    <option value="g-22-avenged-sevenfold-band-t-shirts-music-merchandise-.aspx">Avenged
Sevenfold</option>
    <option
value="g-23-babyshambles-band-t-shirts-music-merchandise-.aspx">Babyshambles</option>
    <option value="g-24-bad-religion-band-t-shirts-music-merchandise-.aspx">Bad
Religion</option>
    <option value="g-26-bayside-band-t-shirts-music-merchandise-.aspx">Bayside</option>
    <option
value="g-27-between-the-buried-and-me-band-t-shirts-music-merchandise-.aspx">Between The
Buried And Me</option>
    <option value="g-28-billy-talent-band-t-shirts-music-merchandise-.aspx">Billy
Talent</option>
    <option value="g-30-black-label-society-band-t-shirts-music-merchandise-.aspx">Black
Label Society</option>
    <option value="g-31-black-sabbath-band-t-shirts-music-merchandise-.aspx">Black
Sabbath</option>
    <option value="g-32-bleeding-through-band-t-shirts-music-merchandise-.aspx">Bleeding
Through</option>
    <option value="g-292-blink-182-band-t-shirts-music-merchandise-.aspx">Blink
182</option>
    <option value="g-33-bloc-party-band-t-shirts-music-merchandise-.aspx">Bloc
Party</option>
    <option value="g-34-blondie-band-t-shirts-music-merchandise-.aspx">Blondie</option>
    <option
value="g-35-bloodsimple-band-t-shirts-music-merchandise-.aspx">Bloodsimple</option>
    <option value="g-36-bob-marley-band-t-shirts-music-merchandise-.aspx">Bob
Marley</option>
    <option value="g-261-bon-jovi-band-t-shirts-music-merchandise-.aspx">Bon Jovi</option>
    <option value="g-37-borat-cult-t-shirts-and-clothing-100.aspx">Borat</option>
    <option
value="g-39-boysetsfire-band-t-shirts-music-merchandise-.aspx">Boysetsfire</option>
    <option value="g-262-brand-new-band-t-shirts-music-merchandise-.aspx">Brand
New</option>
    <option value="g-263-bring-me-the-horizon-band-t-shirts-music-merchandise-.aspx">Bring
Me The Horizon</option>
    <option
value="g-40-bullet-for-my-valentine-band-t-shirts-music-merchandise-.aspx">Bullet for My
Valentine</option>
    <option value="g-41-bullets-and-octane-band-t-shirts-music-merchandise-.aspx">Bullets
and Octane</option>
    <option value="g-42-che-guevara-cult-t-shirts-and-clothing-100.aspx">Che
Guevara</option>
    <option value="g-306-cheech-.aspx">Cheech & Chong</option>
    <option value="g-43-chimaira-band-t-shirts-music-merchandise-.aspx">Chimaira</option>
    <option value="g-45-clutch-band-t-shirts-music-merchandise-.aspx">Clutch</option>
    <option value="g-46-coheed-and-cambria-band-t-shirts-music-merchandise-.aspx">Coheed
and Cambria</option>
    <option value="g-47-comeback-kid-band-t-shirts-music-merchandise-.aspx">Comeback
Kid</option>
    <option value="g-323-converge.aspx">Converge</option>
    <option value="g-48-cradle-of-filth-band-t-shirts-music-merchandise-.aspx">Cradle of
Filth</option>
    <option value="g-300-cute-is-what-we-aim-for-t-shirts.aspx">Cute Is What We Aim
For</option>
    <option value="g-49-cypress-hill-band-t-shirts-music-merchandise-.aspx">Cypress
Hill</option>
    <option
value="g-50-dangermouse-cult-t-shirts-and-clothing-100.aspx">DangerMouse</option>
    <option value="g-51-danzig-band-t-shirts-music-merchandise-.aspx">Danzig</option>
                                  Page 3
```

```
                              m-7-atticus-clothing-at-ebtm.html
    <option value="g-52-david-bowie-band-t-shirts-music-merchandise-.aspx">David
Bowie</option>
    <option value="g-53-dawn-of-the-dead-cult-t-shirts-and-clothing-100.aspx">Dawn Of The
Dead</option>
    <option value="g-284-death-by-stereo.aspx">Death By Stereo</option>
    <option value="g-55-death-row-records-indie-t-shirts-and-clothing-100.aspx">Death Row
Records</option>
    <option value="g-56-def-leppard-band-t-shirts-music-merchandise-.aspx">Def
Leppard</option>
    <option value="g-57-deftones-band-t-shirts-music-merchandise-.aspx">Deftones</option>
    <option value="g-58-depeche-mode-band-t-shirts-music-merchandise-.aspx">Depeche
Mode</option>
    <option value="g-264-devil-driver-band-t-shirts-music-merchandise-.aspx">Devil
Driver</option>
    <option
value="g-59-dillinger-escape-plan-band-t-shirts-music-merchandise-.aspx">Dillinger Escape
Plan</option>
    <option value="g-60-dirty-pretty-things-band-t-shirts-music-merchandise-.aspx">Dirty
Pretty Things</option>
    <option
value="g-291-disturbed-band-t-shirts-music-merchandise-.aspx">Disturbed</option>
    <option value="g-61-down-band-t-shirts-music-merchandise-.aspx">Down</option>
    <option value="g-62-dr-dre-band-t-shirts-music-merchandise-.aspx">Dr Dre</option>
    <option
value="g-63-dragonforce-band-t-shirts-music-merchandise-.aspx">Dragonforce</option>
    <option
value="g-217-the-editors-band-t-shirts-music-merchandise-.aspx">Editors</option>
    <option value="g-66-eighteen-visions-band-t-shirts-music-merchandise-.aspx">Eighteen
Visions</option>
    <option value="g-67-elvis-band-t-shirts-music-merchandise-.aspx">Elvis</option>
    <option
value="g-311-enter-shikari-clothing-inpsired-by-the-band-and-100-official-merchandise-from
-ebtm.aspx">Enter Shikari</option>
    <option
value="g-69-evanescence-band-t-shirts-music-merchandise-.aspx">Evanescence</option>
    <option value="g-70-evil-dead-cult-t-shirts-and-clothing-100.aspx">Evil Dead</option>
    <option value="g-265-exodus-band-t-shirts-music-merchandise-.aspx">Exodus</option>
    <option value="g-71-faith-no-more-band-t-shirts-music-merchandise-.aspx">Faith No
More</option>
    <option value="g-72-fall-out-boy-band-t-shirts-music-merchandise-.aspx">Fall Out
Boy</option>
    <option value="g-73-family-guy-cult-t-shirts-and-clothing-100.aspx">Family
Guy</option>
    <option value="g-74-fantomas-band-t-shirts-music-merchandise-.aspx">Fantomas</option>
    <option value="g-75-fear-factory-band-t-shirts-music-merchandise-.aspx">Fear
Factory</option>
    <option value="g-302-flash-gordon-100.aspx">Flash Gordon</option>
    <option value="g-76-flogging-molly-band-t-shirts-music-merchandise-.aspx">Flogging
Molly</option>
    <option value="g-77-foo-fighters-band-t-shirts-music-merchandise-.aspx">Foo
Fighters</option>
    <option value="g-79-frank-sinatra-band-t-shirts-music-merchandise-.aspx">Frank
Sinatra</option>
    <option value="g-81-franz-ferdinand-band-t-shirts-music-merchandise-.aspx">Franz
Ferdinand</option>
    <option
value="g-287-fratellis-band-t-shirts-music-merchandise-.aspx">Fratellis</option>
    <option value="g-82-freddie-vs-jason-cult-t-shirts-and-clothing-100.aspx">Freddie vs
Jason</option>
    <option value="g-83-friday-13th-cult-t-shirts-and-clothing-100.aspx">Friday
13th</option>
    <option
value="g-86-funeral-for-a-friend-band-t-shirts-music-merchandise-.aspx">Funeral For A
Friend</option>
    <option
value="g-87-ghostbusters-cult-t-shirts-and-clothing-100.aspx">Ghostbusters</option>
    <option value="g-316-glassjaw.aspx">Glassjaw</option>
    <option value="g-88-god-forbid-band-t-shirts-music-merchandise-.aspx">God
Forbid</option>
    <option value="g-89-goldfrapp-indie-t-shirts-and-clothing-100.aspx">Goldfrapp</option>
```

Page 4

```
                    m-7-atticus-clothing-at-ebtm.html
    <option value="g-90-good-charlotte-band-t-shirts-music-merchandise-.aspx">Good
Charlotte</option>
    <option value="g-92-green-day-band-t-shirts-music-merchandise-.aspx">Green
Day</option>
    <option value="g-93-guns-n-roses-band-t-shirts-music-merchandise-.aspx">Guns n
Roses</option>
    <option value="g-94-him-band-t-shirts-music-merchandise-.aspx">H.I.M.</option>
    <option
value="g-266-halloween-band-t-shirts-music-merchandise-.aspx">Halloween</option>
    <option value="g-267-hammer-horror-band-t-shirts-music-merchandise-.aspx">Hammer
Horror</option>
    <option value="g-95-happy-mondays-band-t-shirts-music-merchandise-.aspx">Happy
Mondays</option>
    <option value="g-96-hard-fi-band-t-shirts-music-merchandise-.aspx">Hard-Fi</option>
    <option
value="g-294-hatebreed-band-t-shirts-music-merchandise-.aspx">Hatebreed</option>
    <option value="g-97-hawthorne-heights-band-t-shirts-music-merchandise-.aspx">Hawthorne
Heights</option>
    <option value="g-288-he-is-legend-band-t-shirts-music-merchandise-.aspx">He Is
Legend</option>
    <option
value="g-98-helloween-band-t-shirts-music-merchandise-.aspx">Helloween</option>
    <option value="g-269-himsa-band-t-shirts-music-merchandise-.aspx">Himsa</option>
    <option value="g-99-iggy-pop-band-t-shirts-music-merchandise-.aspx">Iggy Pop</option>
    <option value="g-100-ill-nino-band-t-shirts-music-merchandise-.aspx">Ill Nino</option>
    <option value="g-322-incubus.aspx">Incubus</option>
    <option value="g-102-iron-maiden-band-t-shirts-music-merchandise-.aspx">Iron
Maiden</option>
    <option value="g-103-jack-daniels-cult-t-shirts-and-clothing-100.aspx">Jack
Daniels</option>
    <option value="g-104-jackass-cult-t-shirts-and-clothing-100.aspx">Jackass</option>
    <option value="g-106-james-brown-band-t-shirts-music-merchandise-.aspx">James
Brown</option>
    <option value="g-107-janis-joplin-cult-t-shirts-and-clothing-100.aspx">Janis
Joplin</option>
    <option value="g-110-jimi-hendrix-band-t-shirts-music-merchandise-.aspx">Jimi
Hendrix</option>
    <option value="g-111-jimmy-eat-world-band-t-shirts-music-merchandise-.aspx">Jimmy Eat
World</option>
    <option value="g-319-job-for-a-cowboy.aspx">Job For A Cowboy</option>
    <option value="g-112-john-lennon-band-t-shirts-music-merchandise-.aspx">John
Lennon</option>
    <option value="g-114-johnny-cash-cult-t-shirts-and-clothing-100.aspx">Johnny
Cash</option>
    <option value="g-115-joy-division-band-t-shirts-music-merchandise-.aspx">Joy
Division</option>
    <option value="g-116-judas-priest-band-t-shirts-music-merchandise-.aspx">Judas
Priest</option>
    <option value="g-117-kaiser-chiefs-band-t-shirts-music-merchandise-.aspx">Kaiser
Chiefs</option>
    <option value="g-118-kasabian-band-t-shirts-music-merchandise-.aspx">Kasabian</option>
    <option value="g-119-keane-band-t-shirts-music-merchandise-.aspx">Keane</option>
    <option
value="g-121-killswitch-engage-band-t-shirts-music-merchandise-.aspx">Killswitch
Engage</option>
    <option value="g-123-kiss-band-t-shirts-music-merchandise-.aspx">Kiss</option>
    <option value="g-270-klaxons-band-t-shirts-music-merchandise-.aspx">Klaxons</option>
    <option value="g-124-korn-band-t-shirts-music-merchandise-.aspx">Korn</option>
    <option value="g-126-lacuna-coil-band-t-shirts-music-merchandise-.aspx">Lacuna
Coil</option>
    <option value="g-127-lamb-of-god-band-t-shirts-music-merchandise-.aspx">Lamb of
God</option>
    <option value="g-129-led-zeppelin-band-t-shirts-music-merchandise-.aspx">Led
Zeppelin</option>
    <option value="g-130-limp-bizkit-band-t-shirts-music-merchandise-.aspx">Limp
Bizkit</option>
    <option value="g-131-linkin-park-band-t-shirts-music-merchandise-.aspx">Linkin
Park</option>
    <option value="g-132-little-britain-cult-t-shirts-and-clothing-100.aspx">Little
Britain</option>
```

**Exhibit B**

7

m-7-atticus-clothing-at-ebtm.html

```
    <option
value="g-133-lostprophets-band-t-shirts-music-merchandise-.aspx">Lostprophets</option>
      <option value="g-134-lou-reed-cult-t-shirts-music-merchandise-.aspx">Lou Reed</option>
      <option value="g-289-lynyrd-skynryd-band-t-shirts-music-merchandise-.aspx">Lynyrd
Skynyrd</option>
      <option value="g-135-machine-head-band-t-shirts-music-merchandise-.aspx">Machine
Head</option>
      <option value="g-296-madina-lake-band-t-shirts-music-merchandise-.aspx">Madina
Lake</option>
      <option value="g-136-madonna-band-t-shirts-music-merchandise-.aspx">Madonna</option>
      <option value="g-137-marilyn-manson-band-t-shirts-music-merchandise-.aspx">Marilyn
Manson</option>
      <option value="g-138-mars-volta-band-t-shirts-music-merchandise-.aspx">Mars
Volta</option>
      <option value="g-139-mastodon-band-t-shirts-music-merchandise-.aspx">Mastodon</option>
      <option value="g-141-maximo-park-band-t-shirts-music-merchandise-.aspx">Maximo
Park</option>
      <option
value="g-143-metallica-band-t-shirts-music-merchandise-.aspx">Metallica</option>
      <option value="g-145-miles-davis-cult-t-shirts-and-clothing-100.aspx">Miles
Davis</option>
      <option value="g-146-misfits-band-t-shirts-music-merchandise-.aspx">Misfits</option>
      <option
value="g-147-morrissey-band-t-shirts-music-merchandise-.aspx">Morrissey</option>
      <option value="g-148-most-precious-blood-band-t-shirts-music-merchandise-.aspx">Most
Precious Blood</option>
      <option
value="g-150-motorhead-band-t-shirts-music-merchandise-.aspx">Motorhead</option>
      <option
value="g-152-murderdolls-band-t-shirts-music-merchandise-.aspx">Murderdolls</option>
      <option value="g-314-muse.aspx">Muse</option>
      <option value="g-153-my-chemical-romance-band-t-shirts-music-merchandise-.aspx">My
Chemical Romance</option>
      <option value="g-154-napoleon-dynamite-cult-t-shirts-and-clothing-100.aspx">Napoleon
Dynamite</option>
      <option value="g-271-new-found-glory-band-t-shirts-music-merchandise-.aspx">New Found
Glory</option>
      <option value="g-305-nightmare-before-christmas-100.aspx">Nightmare Before
Christmas</option>
      <option
value="g-156-nightmare-on-elm-street-cult-t-shirts-and-clothing-100.aspx">Nightmare On Elm
Street</option>
      <option
value="g-157-nightwish-band-t-shirts-music-merchandise-.aspx">Nightwish</option>
      <option value="g-158-nine-inch-nails-band-t-shirts-music-merchandise-.aspx">Nine Inch
Nails</option>
      <option value="g-159-nintendo-cult-t-shirts-and-clothing-100.aspx">Nintendo</option>
      <option value="g-160-nirvana-band-t-shirts-music-merchandise-.aspx">Nirvana</option>
      <option value="g-163-oasis-band-t-shirts-music-merchandise-.aspx">Oasis</option>
      <option value="g-272-opeth-band-t-shirts-music-merchandise-.aspx">Opeth</option>
      <option value="g-273-otep-band-t-shirts-music-merchandise-.aspx">Otep</option>
      <option value="g-164-outkast-band-t-shirts-music-merchandise-.aspx">Outkast</option>
      <option value="g-166-panic-at-the-disco-band-t-shirts-music-merchandise-.aspx">Panic!
At The Disco</option>
      <option value="g-167-pantera-band-t-shirts-music-merchandise-.aspx">Pantera</option>
      <option value="g-168-paradise-lost-band-t-shirts-music-merchandise-.aspx">Paradise
Lost</option>
      <option value="g-299-paramore-merchandise.aspx">Paramore</option>
      <option value="g-170-pink-floyd-band-t-shirts-music-merchandise-.aspx">Pink
Floyd</option>
      <option
value="g-312-pirates-of-the-caribbean-cult-t-shirts-and-clothing-100-official-merchandise-
at-ebtm.aspx">Pirates Of The Caribbean</option>
      <option value="g-171-placebo-band-t-shirts-music-merchandise-.aspx">Placebo</option>
      <option
value="g-274-planes-mistaken-for-stars-t-shirt-band-t-shirts-music-merchandise-.aspx">Plan
es Mistaken For Stars</option>
      <option value="g-172-poison-band-t-shirts-music-merchandise-.aspx">Poison</option>
      <option value="g-173-poison-the-well-band-t-shirts-music-merchandise-.aspx">Poison The
Well</option>
```

Page 6

Exhibit B

8

```
                              m-7-atticus-clothing-at-ebtm.html
        <option value="g-175-primal-scream-band-t-shirts-music-merchandise-.aspx">Primal
Scream</option>
        <option
value="g-308-public-enemy-cult-t-shirts-and-clothing-100-official-merchandise-at-ebtm.aspx
">Public Enemy</option>
        <option value="g-177-queen-band-t-shirts-music-merchandise-.aspx">Queen</option>
        <option
value="g-178-queens-of-the-stoneage-band-t-shirts-music-merchandise-.aspx">Queens of The
Stone Age</option>
        <option value="g-286-rage-against-the-machine.aspx">Rage Against The Machine</option>
        <option value="g-320-rammstein.aspx">Rammstein</option>
        <option
value="g-180-razorlight-band-t-shirts-music-merchandise-.aspx">Razorlight</option>
        <option value="g-181-red-hot-chili-peppers-band-t-shirts-music-merchandise-.aspx">Red
Hot Chili Peppers</option>
        <option value="g-182-richard-pryor-cult-t-shirts-and-clothing-100.aspx">Richard
Pryor</option>
        <option value="g-184-samhain-band-t-shirts-music-merchandise-.aspx">Samhain</option>
        <option value="g-277-saosin-band-t-shirts-music-merchandise-.aspx">Saosin</option>
        <option value="g-185-scarface-cult-t-shirts-and-clothing-100.aspx">Scarface</option>
        <option
value="g-186-sepultura-band-t-shirts-music-merchandise-.aspx">Sepultura</option>
        <option value="g-187-sex-pistols-band-t-shirts-music-merchandise-.aspx">Sex
Pistols</option>
        <option value="g-279-shadows-fall-band-t-shirts-music-merchandise-.aspx">Shadows
Fall</option>
        <option value="g-280-sick-of-it-all-band-t-shirts-music-merchandise-.aspx">Sick Of It
All</option>
        <option
value="g-309-silver-surfer-cult-t-shirts-and-clothing-100-official-merchandise-at-ebtm.asp
x">Silver Surfer</option>
        <option
value="g-188-silverstein-band-t-shirts-music-merchandise-.aspx">Silverstein</option>
        <option value="g-189-slayer-band-t-shirts-music-merchandise-.aspx">Slayer</option>
        <option value="g-190-slipknot-band-t-shirts-music-merchandise-.aspx">Slipknot</option>
        <option value="g-191-sonic-the-hedgehog-cult-t-shirts-and-clothing-100.aspx">Sonic The
Hedgehog</option>
        <option value="g-192-sonic-youth-band-t-shirts-music-merchandise-.aspx">Sonic
Youth</option>
        <option value="g-193-soulfly-band-t-shirts-music-merchandise-.aspx">Soulfly</option>
        <option value="g-194-south-park-cult-t-shirts-and-clothing-100.aspx">South
Park</option>
        <option
value="g-307-spiderman-cult-t-shirts-and-clothing-100-official-merchandise-at-ebtm.aspx">S
piderman</option>
        <option
value="g-195-spitalfield-band-t-shirts-music-merchandise-.aspx">Spitalfield</option>
        <option value="g-196-status-quo-band-t-shirts-music-merchandise-.aspx">Status
Quo</option>
        <option value="g-197-still-remains-band-t-shirts-music-merchandise-.aspx">Still
Remains</option>
        <option value="g-198-stone-roses-band-t-shirts-music-merchandise-.aspx">Stone
Roses</option>
        <option value="g-199-stone-sour-band-t-shirts-music-merchandise-.aspx">Stone
Sour</option>
        <option value="g-200-sublime-band-t-shirts-music-merchandise-.aspx">Sublime</option>
        <option value="g-201-superman-cult-t-shirts-and-clothing-100.aspx">Superman</option>
        <option value="g-203-system-of-a-down-band-t-shirts-music-merchandise-.aspx">System of
A Down</option>
        <option value="g-204-t-rex-band-t-shirts-music-merchandise-.aspx">T Rex</option>
        <option value="g-205-taking-back-sunday-band-t-shirts-music-merchandise-.aspx">Taking
Back Sunday</option>
        <option value="g-297-tenacious-d-band-t-shirts-music-merchandise-.aspx">Tenacious
D</option>
        <option
value="g-206-texas-chainsaw-massacre-cult-t-shirts-and-clothing-100.aspx">Texas Chainsaw
Massacre</option>
        <option value="g-207-the-69-eyes-band-t-shirts-music-merchandise-.aspx">The 69
Eyes</option>
        <option value="g-208-the-academy-is-band-t-shirts-music-merchandise-.aspx">The Academy
```

```
                              m-7-atticus-clothing-at-ebtm.html
Is</option>
    <option value="g-210-the-automatic-band-t-shirts-music-merchandise-.aspx">The
Automatic</option>
    <option value="g-211-the-beatles-band-t-shirts-music-merchandise-.aspx">The
Beatles</option>
    <option value="g-212-the-bled-band-t-shirts-music-merchandise-.aspx">The Bled</option>
    <option value="g-213-the-bloodhound-gang-band-t-shirts-music-merchandise-.aspx">The
Bloodhound Gang</option>
    <option value="g-282-the-bronx-band-t-shirts-music-merchandise-.aspx">The
Bronx</option>
    <option value="g-214-the-clash-band-t-shirts-music-merchandise-.aspx">The
Clash</option>
    <option value="g-216-the-doors-band-t-shirts-music-merchandise-.aspx">The
Doors</option>
    <option value="g-218-the-goonies-cult-t-shirts-and-clothing-100.aspx">The
Goonies</option>
    <option value="g-318-the-gossip.aspx">The Gossip</option>
    <option value="g-219-the-hoff-cult-t-shirts-and-clothing-100.aspx">The Hoff</option>
    <option value="g-317-the-horrors.aspx">The Horrors</option>
    <option value="g-220-the-hurt-process-band-t-shirts-music-merchandise-.aspx">The Hurt
Process</option>
    <option value="g-221-the-killers-band-t-shirts-music-merchandise-.aspx">The
Killers</option>
    <option value="g-222-the-libertines-band-t-shirts-music-merchandise-.aspx">The
Libertines</option>
    <option value="g-223-the-mighty-boosh-cult-t-shirts-and-clothing-100.aspx">The Mighty
Boosh</option>
    <option value="g-224-the-offspring-band-t-shirts-music-merchandise-.aspx">The
Offspring</option>
    <option value="g-225-the-pixies-band-t-shirts-music-merchandise-.aspx">The
Pixies</option>
    <option value="g-226-the-punisher-cult-t-shirts-and-clothing-100.aspx">The
Punisher</option>
    <option value="g-228-the-ramones-band-t-shirts-music-merchandise-.aspx">The
Ramones</option>
    <option value="g-229-the-rasmus-band-t-shirts-music-merchandise-.aspx">The
Rasmus</option>
    <option value="g-230-the-rolling-stones-band-t-shirts-music-merchandise-.aspx">The
Rolling Stones</option>
    <option value="g-232-the-smiths-band-t-shirts-music-merchandise-.aspx">The
Smiths</option>
    <option value="g-233-the-starting-line-band-t-shirts-music-merchandise-.aspx">The
Starting Line</option>
    <option value="g-234-the-streets-band-t-shirts-music-merchandise-.aspx">The
Streets</option>
    <option value="g-235-the-strokes-band-t-shirts-music-merchandise-.aspx">The
Strokes</option>
    <option value="g-237-the-used-band-t-shirts-music-merchandise-.aspx">The Used</option>
    <option value="g-238-the-who-band-t-shirts-music-merchandise-.aspx">The Who</option>
    <option value="g-239-the-zutons-band-t-shirts-music-merchandise-.aspx">The
Zutons</option>
    <option value="g-240-thrice-band-t-shirts-music-merchandise-.aspx">Thrice</option>
    <option
value="g-241-throwdown-band-t-shirts-music-merchandise-.aspx">Throwdown</option>
    <option
value="g-242-thundercats-cult-t-shirts-and-clothing-100.aspx">Thundercats</option>
    <option value="g-243-thursday-band-t-shirts-music-merchandise-.aspx">Thursday</option>
    <option value="g-244-tool-band-t-shirts-music-merchandise-.aspx">Tool</option>
    <option
value="g-245-transformers-cult-t-shirts-and-clothing-100.aspx">Transformers</option>
    <option value="g-246-trivium-band-t-shirts-music-merchandise-.aspx">Trivium</option>
    <option value="g-247-trojan-indie-t-shirts-and-clothing-100.aspx">Trojan</option>
    <option
value="g-248-underoath-band-t-shirts-music-merchandise-.aspx">Underoath</option>
    <option value="g-249-unearth-band-t-shirts-music-merchandise-.aspx">Unearth</option>
    <option value="g-250-van-halen-band-t-shirts-music-merchandise-.aspx">Van
Halen</option>
    <option value="g-251-velvet-revolver-band-t-shirts-music-merchandise-.aspx">Velvet
Revolver</option>
    <option value="g-252-venom-band-t-shirts-music-merchandise-.aspx">Venom</option>
                                    Page 8
```

```
                          m-7-atticus-clothing-at-ebtm.html
     <option value="g-315-wednesday-13.aspx">Wednesday 13</option>
     <option
value="g-254-whitesnake-band-t-shirts-music-merchandise-.aspx">Whitesnake</option>
     <option value="g-255-within-temptation-band-t-shirts-music-merchandise-.aspx">Within
Temptation</option>
     <option
value="g-256-wolfmother-band-t-shirts-music-merchandise-.aspx">Wolfmother</option>
     <option
value="g-257-yellowcard-band-t-shirts-music-merchandise-.aspx">Yellowcard</option></select
><input id="BandButton" name="BandButton" type="submit" class="searchButton" value="Go"
onclick="return mag_searchby(forms['bandsearchform'].BandList,
forms['bandsearchform']);"></form>
<form id="brandsearchform" name="brandsearchform" method="post" action="#"><!--Plug-In:
Search by Brand--><select id="BrandList" name="BrandList" class="searchBy"
onkeypress="mag_submitOnEnter(event,'brandsearchform','BrandButton');"><option value="">By
Brand</option>
     <option value="m-101-ad-shoes-at-ebtm.aspx">AD Shoes</option>
     <option value="m-2-adeline-clothing-at-ebtm.aspx">Adeline</option>
     <option value="m-3-adio-shoes-and-t-shirts-at-ebtm.aspx">Adio</option>
     <option value="m-4-alliance-shoes.aspx">Alliance</option>
     <option value="m-5-ames-bros-t-shirts-at-ebtm.aspx">Ames Bros</option>
     <option value="m-6-amplified-clothing-at-ebtm.aspx">Amplified</option>
     <option value="m-7-atticus-clothing-at-ebtm.aspx">Atticus</option>
     <option value="m-8-babycham-shoes.aspx">Babycham</option>
     <option value="m-108-bad-taste-bears.aspx">Bad taste bears</option>
     <option value="m-9-ben-sherman-clothing-at-ebtm.aspx">Ben Sherman</option>
     <option value="m-104-bench.aspx">Bench</option>
     <option value="m-10-black-dice-watches-at-ebtm.aspx">Black Dice</option>
     <option value="m-11-blacklist-clothing-at-ebtm.aspx">Blacklist</option>
     <option value="m-12-bleeding-star-t-shirts-at-ebtm.aspx">Bleeding Star</option>
     <option value="m-13-boxfresh-clothing-at-ebtm.aspx">Boxfresh</option>
     <option value="m-105-bronx.aspx">Bronx</option>
     <option value="m-91-chateau-roux-clothing-at-ebtm.aspx">Chateau Roux</option>
     <option value="m-15-chunk-t-shirts-at-ebtm.aspx">Chunk</option>
     <option value="m-16-clandestine-industries-clothing-at-ebtm.aspx">Clandestine
Industries</option>
     <option value="m-17-converse-shoes-at-ebtm.aspx">Converse</option>
     <option value="m-18-criminal-damage-clothing-at-ebtm.aspx">Criminal Damage</option>
     <option value="m-79-dc-clothing-at-ebtm.aspx">DC Clothing</option>
     <option value="m-19-dc-shoes-at-ebtm.aspx">DC Shoes</option>
     <option value="m-99-dcma-collective-at-ebtm.aspx">DCMA Collective</option>
     <option value="m-20-dekline-shoes-at-ebtm.aspx">Dekline</option>
     <option value="m-103-denim-is-everything-die-clothing-at-ebtm.aspx">Denim Is
Everything</option>
     <option value="m-21-dickies-clothing-at-ebtm.aspx">Dickies</option>
     <option value="m-22-draven-shoes-at-ebtm.aspx">Draven</option>
     <option value="m-23-dunlop-shoes.aspx">Dunlop</option>
     <option value="m-102-durkl-clothing-at-ebtm.aspx">Durkl</option>
     <option value="m-24-eastpak-bags-at-ebtm.aspx">Eastpak</option>
     <option value="m-110-fenchurch.aspx">Fenchurch</option>
     <option value="m-26-fender-t-shirts-at-ebtm.aspx">Fender</option>
     <option value="m-106-fly-53.aspx">Fly 53</option>
     <option value="m-27-gio-goi-clothing-at-ebtm.aspx">Gio-Goi</option>
     <option value="m-28-house-of-the-gods-clothing-at-ebtm.aspx">House Of The
Gods</option>
     <option value="m-29-hurley-clothing-at-ebtm.aspx">Hurley</option>
     <option value="m-30-insight-clothing-at-ebtm.aspx">Insight</option>
     <option value="m-31-iron-fist-clothing-at-ebtm.aspx">Iron Fist</option>
     <option value="m-92-j-shoes-at-ebtm.aspx">J Shoes</option>
     <option value="m-95-joystick-junkies.aspx">Joystick Junkies</option>
     <option value="m-32-junk-food-t-shirts-at-ebtm.aspx">Junk Food</option>
     <option value="m-33-lee-jeans-at-ebtm.aspx">Lee Jeans</option>
     <option value="m-34-lost-property-t-shirts-at-ebtm.aspx">Lost Property</option>
     <option value="m-35-lowlife-belts-and-clothing-at-ebtm.aspx">Lowlife</option>
     <option value="m-36-macbeth-shoes-and-clothing-at-ebtm.aspx">Macbeth</option>
     <option value="m-80-marshall-amps-clothing-at-ebtm.aspx">Marshall</option>
     <option value="m-109-marvel-bearz.aspx">Marvel bearz</option>
     <option value="m-37-nanny-state-shoes-at-ebtm.aspx">Nanny State</option>
     <option value="m-38-people.aspx">People's Market</option>
     <option value="m-40-religion-clothing-at-ebtm.aspx">Religion</option>
```

**Exhibit B**

11

```
                              m-7-atticus-clothing-at-ebtm.html
        <option value="m-97-rock-steady.aspx">Rock Steady</option>
        <option value="m-43-skeleton-crew-clothing-at-ebtm.aspx">Skeleton Crew</option>
        <option value="m-71-soviet.aspx">Soviet</option>
        <option value="m-44-supremebeing-clothing.aspx">Supremebeing</option>
        <option value="m-45-tonic-t-shirts-at-ebtm.aspx">Tonic</option>
        <option value="m-107-triple-5-soul.aspx">Triple 5 Soul</option>
        <option value="m-46-underground-shoes-at-ebtm.aspx">Underground Shoes</option>
        <option value="m-47-vacant-clothing-at-ebtm.aspx">Vacant</option>
        <option value="m-98-vans-clothing-at-ebtm.aspx">Vans Clothing</option>
        <option value="m-48-vans-shoes-at-ebtm.aspx">Vans Shoes</option>
        <option value="m-49-vestal-wacthes-at-ebtm.aspx">Vestal</option>
        <option value="m-87-victoria-shoes.aspx">Victoria Shoes</option>
        <option value="m-89-victory.aspx">Victory</option>
        <option value="m-50-vintage-rock-t-shirts-at-ebtm.aspx">Vintage</option>
        <option value="m-93-wastin-my-time.aspx">Wastin My Time</option>
        <option value="m-51-z-boy-shoes-at-ebtm.aspx">Z-Boy</option></select><input
id="BrandButton" name="BrandButton" type="submit" class="searchButton" value="Go"
onclick="return mag_searchby(forms['brandsearchform'].BrandList,
forms['brandsearchform']);"></form>
<form id="keywordsearchform" name="keywordsearchform" method="GET"
action="http://www.ebtm.com/results.aspx"><input name="SearchTerm" type="text"
class="searchBy" value="By Keyword"
onfocus="mag_focussearchkeyword(forms['keywordsearchform'].SearchTerm);"
onclick="mag_focussearchkeyword(forms['keywordsearchform'].SearchTerm);"><input
type="submit" class="searchButton" value="Go"></form>
<div class="EndFloatingElements"></div></div>
                                        <!-- Search By Plug-Ins END -->
                                        </td></tr>

                            <tr>


                    <td><div id="sidebarlist"><img src="skins/skin_1/images/h-browse.gif"
alt="Browse the shops and sections"><!--
XmlPackage=skin.shopnavigation.xml.config1__USD_0_0_ShowPricesInclusiveOfVAT_2_0_0 --><ul
class="shopNavigation">
    <li><a class="MWKItem"
href="s-2-ebtm-everything-but-the-music-music-inspired-fashion.html">Men</a><ul
class="stickyCategoryMenu">
        <li><a href="c-2-new-in.html" >New In</a></li>
        <li><a href="c-4-exclusives-and-limited-editions-at-ebtm.html" >Exclusive</a></li>
        <li><a href="c-5-bargains-at-ebtm-music-inspired-fashion-at-clearance-prices.html"
>Clearance</a></li>
        <li><a href="bestsellers.html">Top Sellers</a></li>
    </ul>
    <ul class="shopNavigation">
        <li><a class="" href="s-7-band-t-shirts-band-hoodies-and-tops.html">Tops</a></li>
        <li><a class=""
href="s-8-ebtm-bottoms-and-band-merchandise-and-music-inspired-fashion.html">Bottoms</a></
li>
        <li><a class=""
href="s-9-ebtm-accessories-and-band-merchandise-and-music-inspired-fashion.html">Accessori
es</a></li>
        <li><a class=""
href="s-18-ebtm-shoes-and-band-merchandise-and-music-inspired-fashion.html">Shoes</a></li>
        <li><a class="" href="s-184-stationery.html">Stationery</a></li>
        <li><a class=""
href="s-10-ebtm-jewellery-and-band-merchandise-and-music-inspired-fashion.html">Jewellery<
/a></li>
        <li><a class=""
href="s-11-ebtm-gifts-and-band-merchandise-and-music-inspired-fashion.html">Gifts</a></li>
    </ul>
    </li>
    <li><a class="MWKItem" href="s-3-women.html">Women</a></li>
</ul></div></td>


                            </tr>
                <!--
                            <tr><td><div class="sidebarlinks">
                            Page 10
```

```
                              m-7-atticus-clothing-at-ebtm.html
                                  <a href="requestcatalog.aspx"><span
class="hiddenitem">Request a Catalogue</span><img alt="" src="images/request_catalog.jpg"
/></a></div></td></tr>
                              -->




                  <tr><td><div>


<script type="text/JavaScript">
//<![CDATA[
<!--
document.cookie = "SectionFilterID" + "=" + escape("") + "; domain=.ebtm.com; expires=Fri,
15 Dec 2006 23:59:59 GMT;";
 document.cookie = "GenreFilterID" + "=" + escape("") + "; domain=.ebtm.com; expires=Fri,
15 Dec 2006 23:59:59 GMT;";
 document.cookie = "SkinID" + "=" + escape("") + "; domain=.ebtm.com; expires=Fri, 15 Dec
2006 23:59:59 GMT;";
 document.cookie = "AffiliateID" + "=" + escape("") + "; domain=.ebtm.com; expires=Fri, 15
Dec 2006 23:59:59 GMT;";
//-->
//]]>
</script>

<div class="sidebarlinks"><a href="http://www.flickr.com/photos/ebtm">
                  <span class="hiddenitem">Our Flickr pages</span>
                  <img alt="EBTM Flickr" src="images/ebtmflickr.gif" /></a></div>

<div class="sidebarlinks"><a href="http://www.myspace.com/everythingbutthemusic">
                  <span class="hiddenitem">See our MySpace</span>
                  <img alt="EBTM Myspace" src="images/myspace.gif" /></a></div>

<div class="sidebarlinks"><a href="c-14-alternative-clothing-from-criminal-damage.html">
                  <span class="hiddenitem">Criminal Damage Alternative Clothing</span>
                  <img alt="Criminal Damage Alternative Clothing"
src="images/pods/alternative.gif" /></a></div>

<div class="sidebarlinks"><a href="nurave.html">
                  <span class="hiddenitem">Nu Rave Clothing</span>
                  <img alt="Nu Rave Clothing" src="images/pods/nurave.jpg" /></a></div>

<div class="sidebarlinks"><a href="ibiza.html">
                  <span class="hiddenitem">Club and Beach Clothing</span>
                  <img alt="Ibiza Range" src="images/pods/Ibiza.jpg" /></a></div>

<div class="sidebarlinks"><a href="mod.html">
                  <span class="hiddenitem">Mod Clothing Range</span>
                  <img alt="Mod Clothing" src="images/pods/MOD.jpg" /></a></div>

<div class="sidebarlinks"><a href="c-10-streetwear.html">
                  <span class="hiddenitem">Boxfresh, Dickies &amp; Insight Clothing</span>
                  <img alt="Boxfresh, Insight &amp; Dickies"
src="images/pods/streetwear.jpg" /></a></div>

<div class="sidebarlinks"><a href="g-2-indie-inspired-fashion.html">
                  <span class="hiddenitem">Indie Clothing and Official Indie band
merchandise</span>
                  <img alt="Indie Clothing and Official Indie band merchandise"
src="images/pods/Indie.jpg" /></a></div></div><div class="sidebarads"
style="text-align:center">

<!-- GeoTrust QuickSSL [tm] Smart Icon tag. Do not edit. -->

    <script language="JavaScript" src="../smarticon.geotrust.com/si.js"
                              Page 11
```

```
                                m-7-atticus-clothing-at-ebtm.html
type="text/javascript"></script>

<!-- end GeoTrust Smart Icon tag -->

</div></td>
</tr>


                        </table>

                                </td>

                                <td valign="top" align="left" width="100%">
                                <div class="centre">
<div align="left">
<span class="SectionTitleText">NOW IN: <span
class="SectionTitleText">Atticus</span> </span>
</div>
<!-- CONTENTS START --><a name="startcontent" id="startcontent"></a>
<!-- XmlPackage: entity.ebtmbrand.xml.config -->
<!-- XMLPackage_ManufacturerID=7_1__USD_0_0_ShowPricesInclusiveOfVAT_2_0_0 --><div
id="ProductListHeader">
  <h2>Atticus</h2><span id="paging">Page: 1 <a class="PageNumber"
href="m-7-atticus-clothing-at-ebtm908d.html?pagenum=2">2</a> <a class="PageNumber"
href="m-7-atticus-clothing-at-ebtm9d0f.html?pagenum=3">3</a> <a class="PageNumber"
href="m-7-atticus-clothing-at-ebtmb6ce.html?pagenum=4">4</a>  <a
href="m-7-atticus-clothing-at-ebtm908d.html?pagenum=2"><img border="0"
src="skins/skin_1/images/Redarrow.gif"></a></span></div>
<div id="BannerDiv"><img id="BannerImageLeft" src="images/MANUFACTURER/medium/7.gif"
alt=""><p style="MARGIN-TOP: 1em">
        <span style="FONT-WEIGHT: bold">Atticus Clothing. New Season on stock and ready to
ship now!</span></p>

<p style="MARGIN-TOP: 0.5em; MARGIN-BOTTOM: 1em">
        <span style="FONT-STYLE: italic">Don't see what you want?</span> Then why not try
looking in <a language="javascript" title="Atticus Men"
onclick="setCookie('SectionFilterID',2,365);return true;"
href="m-7-atticus-clothing-at-ebtm.html">Atticus Men</a> or <a language="javascript"
title="Atticus Women" onclick="setCookie('SectionFilterID',3,365);return true;"
href="m-7-atticus-clothing-at-ebtm.html">Atticus Women</a>.</p></div>
<hr class="whitehr">
<ul class="ProductList">
  <li style="width:24%;min-width:24%;"><a
href="p-6789-atticus-crew-sweater-micha-black-from-ebtm.html"><img
src="images/PRODUCT/icon/AMK20005blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6789-atticus-crew-sweater-micha-black-from-ebtm.html">Atticus Crew Sweater - Micha
(Black)<br><span class="variantprice">Price: $80.12 (USD)</span> </a></li>
  <li style="width:24%;min-width:24%;"><a
href="p-6755-atticus-crew-sweater-micha-charcoal-from-ebtm.html"><img
src="images/PRODUCT/icon/AMK20005chl.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6755-atticus-crew-sweater-micha-charcoal-from-ebtm.html">Atticus Crew Sweater -
Micha (Charcoal)<br><span class="variantprice">Price: $80.12
(USD)</span> </a></li>
  <li style="width:24%;min-width:24%;"><a
href="p-5082-atticus-jacket-marley-black.html"><img src="images/PRODUCT/icon/a827043.jpg"
alt=""></a><br><a class="tempLandingText"
href="p-5082-atticus-jacket-marley-black.html">Atticus Jacket - Marley (Black)<br><span
class="variantprice">Price: $100.13 (USD)</span> </a></li>
  <li style="width:24%;min-width:24%;"><a
href="p-6662-atticus-jumper-clayton-black-from-ebtm.html"><img
src="images/PRODUCT/icon/AMK20007blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6662-atticus-jumper-clayton-black-from-ebtm.html">Atticus Jumper - Clayton
(Black)<br><span class="variantprice">Price: $80.12 (USD)</span> </a></li>
</ul>
<ul class="ProductList">
  <li style="width:24%;min-width:24%;"><a
href="p-6787-atticus-jumper-clayton-brown-from-ebtm.html"><img
src="images/PRODUCT/icon/AMK20007brn.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6787-atticus-jumper-clayton-brown-from-ebtm.html">Atticus Jumper - Clayton
(Brown)<br><span class="variantprice">Price: $80.12 (USD)</span> </a></li>
```
Page 12

**Exhibit C**

14

```
                        m-7-atticus-clothing-at-ebtm.html
    <li style="width:24%;min-width:24%;"><a
href="p-6621-atticus-t-shirt-aben-black-from-ebtm.html"><img
src="images/PRODUCT/icon/AMS10039blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6621-atticus-t-shirt-aben-black-from-ebtm.html">Atticus T-shirt - Aben
(Black)<br><span class="variantprice">Price: $40.05 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6660-atticus-t-shirt-chateaux-black-from-ebtm.html"><img
src="images/PRODUCT/icon/AMS10073.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6660-atticus-t-shirt-chateaux-black-from-ebtm.html">Atticus T-shirt - Chateaux
(Black)<br><span class="variantprice">Price: $46.04 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6774-atticus-t-shirt-rising-white-from-ebtm.html"><img
src="images/PRODUCT/icon/AMS1001wht.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6774-atticus-t-shirt-rising-white-from-ebtm.html">Atticus T-shirt - Rising
(White)<br><span class="variantprice">Price: $40.05 (USD)</span> </a></li>
</ul>
<ul class="ProductList">
    <li style="width:24%;min-width:24%;"><a
href="p-6637-atticus-t-shirt-stacked-white-from-ebtm.html"><img
src="images/PRODUCT/icon/AMS10059wht.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6637-atticus-t-shirt-stacked-white-from-ebtm.html">Atticus T-shirt - Stacked
(White)<br><span class="variantprice">Price: $40.05 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6533-atticus-zip-hoodie-leftover-black-from-ebtm.html"><img
src="images/PRODUCT/icon/A934043blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6533-atticus-zip-hoodie-leftover-black-from-ebtm.html">Atticus Zip Hoodie -
Leftover (Black)<br><span class="variantprice">Price: $120.18
(USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6761-atticus-crew-fleece-firm-black.html"><img
src="images/PRODUCT/icon/AMK50010blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6761-atticus-crew-fleece-firm-black.html">Atticus Crew Fleece - Firm
(Black)<br><span class="variantprice">Price: $80.12 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6768-atticus-hoodie-dfa-black-from-ebtm.html"><img
src="images/PRODUCT/icon/AMK50005blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6768-atticus-hoodie-dfa-black-from-ebtm.html">Atticus Hoodie - DFA
(Black)<br><span class="variantprice">Price: $90.13 (USD)</span> </a></li>
</ul>
<ul class="ProductList">
    <li style="width:24%;min-width:24%;"><a
href="p-2736-atticus-hoodie-quake-black.html"><img src="images/PRODUCT/icon/a60743.jpg"
alt=""></a><br><a class="tempLandingText"
href="p-2736-atticus-hoodie-quake-black.html">Atticus Hoodie - Quake <br><span
class="RegularPrice" >Regular Price: $120.20 (USD)</span><br /><span
class="SalePrice" style="color:red">On Sale For: $100.13 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6645-atticus-hoodie-rising-black-from-ebtm.html"><img
src="images/PRODUCT/icon/AMK50009blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6645-atticus-hoodie-rising-black-from-ebtm.html">Atticus Hoodie - Rising
(Black)<br><span class="variantprice">Price: $90.13 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6641-atticus-jacket-fischer-black-from-ebtm.html"><img
src="images/PRODUCT/icon/A980043blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6641-atticus-jacket-fischer-black-from-ebtm.html">Atticus Jacket - Fischer
(Black)<br><span class="variantprice">Price: $110.17 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6519-atticus-jacket-fischer-red-from-ebtm.html"><img
src="images/PRODUCT/icon/A980023red.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6519-atticus-jacket-fischer-red-from-ebtm.html">Atticus Jacket - Fischer
(Red)<br><span class="variantprice">Price: $110.17 (USD)</span> </a></li>
</ul>
<ul class="ProductList">
    <li style="width:24%;min-width:24%;"><a
href="p-6640-atticus-jacket-york-black-from-ebtm.html"><img
src="images/PRODUCT/icon/A975043blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6640-atticus-jacket-york-black-from-ebtm.html">Atticus Jacket - York
(Black)<br><span class="variantprice">Price: $120.16 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6520-atticus-jacket-york-brown-from-ebtm.html"><img
```

Page 13

**Exhibit B**

15

```
                              m-7-atticus-clothing-at-ebtm.html
src="images/PRODUCT/icon/A975006brn.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6520-atticus-jacket-york-brown-from-ebtm.html">Atticus Jacket - York
(Brown)<br><span class="variantprice">Price: $120.16 (USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6758-atticus-longsleeve-shirt-battle-black-from-ebtm.html"><img
src="images/PRODUCT/icon/AMW20001blk.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6758-atticus-longsleeve-shirt-battle-black-from-ebtm.html">Atticus Longsleeve
Shirt - Battle (Black)<br><span class="variantprice">Price: $80.12
(USD)</span> </a></li>
    <li style="width:24%;min-width:24%;"><a
href="p-6759-atticus-longsleeve-shirt-battle-charcoal-from-ebtm.html"><img
src="images/PRODUCT/icon/AMW20001chl.jpg" alt=""></a><br><a class="tempLandingText"
href="p-6759-atticus-longsleeve-shirt-battle-charcoal-from-ebtm.html">Atticus Longsleeve
Shirt - Battle (Charcoal)<br><span class="variantprice">Price: $80.12
(USD)</span> </a></li>
</ul>
</div><!-- CONTENTS END -->

                              </td>

                              <td valign="top" align="left" width="1%" bgcolor="#666666"
>
                              <table cellspacing="0" cellpadding="0" width="154"
border="0">
                              <!-- MY BASKET START -->
                                      <tr><td><img src="skins/skin_1/images/h-cart.gif"
alt="Your current shopping bag"><div id="basket">
              No items in <a href="shoppingcart.html" title="View basket and proceed to
check-out" class="baskettext"><strong>Basket</strong><br></a><hr><a class="baskettext"
href="shoppingcart.html" title="View bag and proceed to check-out"><img
src="images/bt_checkoutYourbag.gif" alt=""></a></div><img class="basketfooter"
src="skins/skin_1/images/img_yourbagbottom.gif" alt=""></td></tr>
                                      <!-- MY BASKET ENDS -->

                              <!-- MY ACCOUNT START -->

                                      <tr><td><a class="shopItem"
href="account.html">Your Account</a></td></tr>
                              <!-- MY ACCOUNT ENDS -->

                      <!-- HELP & INFO START -->

                                      <tr><td><a class="shopItem"
href="t-service.html">Help &amp; Info</a></td></tr>
                              <!-- HELP & INFO ENDS -->
                                      <tr><td><div id="ukdelivery"><a
href="t-shipping.html" title="Learn about our free UK delivery"><img
src="images/ebtm_147x100-freedelivery.gif" alt=""/></a></div></td></tr>
                                      <tr>
                                      <td>
                                                              <!--
XmlPackage=page.bestsellersSideBar.xml.config_1__USD_0_0_ShowPricesInclusiveOfVAT_2_0
--><h2 class="hiddenitem">Top Sellers</h2><img alt=""
src="skins/skin_1/images/h-topsellers.gif" width="154"><ul class="BestSellers">
    <li><a href="p-6113-criminal-damage-jeans-stretch-grey-from-ebtm.html" title="Product
detail page forCriminal Damage Jeans - Stretch (Grey)"><img alt=""
src="images/PRODUCT/icon/stretchgrey.jpg"></a><a
href="p-6113-criminal-damage-jeans-stretch-grey-from-ebtm.html" title="Product detail page
forCriminal Damage Jeans - Stretch (Grey)">Criminal Damage Jeans - Stretch (Grey)<br><span
class="variantprice">Price: $50.06 (USD)</span> </a></li>
    <li><a href="p-6112-criminal-damage-jeans-stretch-indigo-from-ebtm.html" title="Product
detail page forCriminal Damage Jeans - Stretch (Indigo)"><img alt=""
src="images/PRODUCT/icon/stretchindigo.jpg"></a><a
href="p-6112-criminal-damage-jeans-stretch-indigo-from-ebtm.html" title="Product detail
page forCriminal Damage Jeans - Stretch (Indigo)">Criminal Damage Jeans - Stretch
(Indigo)<br><span class="variantprice">Price: $50.06 (USD)</span> </a></li>
    <li><a href="p-6361-criminal-damage-jeans-stretch-electric-blue-from-ebtm.html"
title="Product detail page forCriminal Damage Jeans - Stretch (Electric Blue)"><img alt=""
src="images/PRODUCT/icon/stretchblu.jpg"></a><a
href="p-6361-criminal-damage-jeans-stretch-electric-blue-from-ebtm.html" title="Product
```

Page 14

```
                               m-7-atticus-clothing-at-ebtm.html
detail page forCriminal Damage Jeans - Stretch (Electric Blue)">Criminal Damage Jeans -
Stretch (Electric Blue)><br><span class="variantprice">Price: $50.06
(USD)</span> </a></li>
   <li><a href="p-1269-lowlife-belt-triple-s-black.html" title="Product detail page
forLowlife Belt - Triple S (Black/Silver)"><img alt=""
src="images/PRODUCT/icon/l11965.jpg"></a><a href="p-1269-lowlife-belt-triple-s-black.html"
title="Product detail page forLowlife Belt - Triple S (Black/Silver)">Lowlife Belt -
Triple S (Black/Silver)<br><span class="variantprice">Price: $40.05
(USD)</span> </a></li>
   <li><a href="p-2970-blacklist-jacket-drummer-boy-silver.html" title="Product detail page
forBlacklist Jacket - Drummer Boy (Silver)"><img alt=""
src="images/PRODUCT/icon/bldrummersilver.jpg"></a><a
href="p-2970-blacklist-jacket-drummer-boy-silver.html" title="Product detail page
forBlacklist Jacket - Drummer Boy (Silver)">Blacklist Jacket - Drummer Boy
(Silver)<br><span class="variantprice">Price: $70.10 (USD)</span> </a></li>
   <li class="morelink"><a href="bestsellers.html">more...</a></li>
</ul>
                                                      </td>
                                          </tr>
                               </table>
                               </td>
                     </tr>
               </table>
               </td>
         </tr>
</table>
<table cellspacing="0" cellpadding="0" width="100%"  border="0">
         <tr>
                     <td class="DottedDivider"><img src="images/spacer.gif" width="100%"
height="8" alt=""></td>
         </tr>
         <tr>
                     <td height="15">
                     <div align="center">
                     <br><a href="t-shipping.html" class="foot">Delivery Info</a> | <a
href="t-returns.html" class="foot">
                     Returns Policy</a> | <a href="t-security.html" class="foot">Payment And
Security</a> | <a href="t-terms.html" class="foot">
                     Terms and Conditions</a> | <br /><a href="t-privacy.html"
class="foot">Privacy Policy</a> |
                     <a href="t-about.html" class="foot">About Us</a> | <a href="t-investor.html"
class="foot">
                     Investor Relations</a> | <a href="t-pressrelease.html" class="foot">
                     Press Releases</a> | <a href="t-contact.html" class="foot">
                     Contact Us</a> | <a href="t-affiliate.html" class="foot">
                     Affiliates</a> | <a href="sitemap.html" class="foot">
                     Site Map</a> | <a class="foot" href="t-copyright.html">Copyright &copy;
EBTM PLC 2003-2007. All Rights Reserved.</a>
                     <br><br><small>Developed by <a  class="foot" target="_blank"
href="http://www.maginus.com/">Maginus Software Solutions Ltd</a></small><br><br></div>
                     </td>
         </tr>
</table>
         </div>
      </div>
 </body>


<!-- Mirrored from www.ebtm.com/m-7-atticus-clothing-at-ebtm.aspx by HTTrack Website
Copier/3.x [XR&CO'2007], Sat, 29 Sep 2007 02:44:49 GMT -->
<!-- Added by HTTrack --><meta http-equiv="content-type"
content="text/html;charset=utf-8"><!-- /Added by HTTrack -->
</html>
```

**Exhibit B**

17

**Exhibit C**



**09.24.07  ATTICUS DIY SHOW #2!**
So due to the huge success of the first DIY show Atticus put on with our buddies at Vagrant, we thought it was about time for another! Check this out and get involved, these secret headliners are going to pull the place apart! ...

[ Read Full Article ]

**09.20.07  Motion City Soundtrack & Mae US Tour**
Two of the Atticus family are hitting the road together, so head down to a show and show them some love! ...

[ Read Full Article ]

**09.18.07  Atticus on Gallows tour...**
Head to the Gallows merch stand on any of their tour dates to say hello to our boy Andy who is on tour with the band. While your at it, tell him to get on with some work as, judging by this photo, he's far too relaxed... http://www.nme.com/photos/1/239/4/gallows-live-at-the-sugarmill ...

[ Read Full Article ]

**09.18.07  Atticus Sponsored Bane Show In Rome!!!**
Head to this if you're anywhere near Rome. ...

[ Read Full Article ]

Browse more news:  1 2 3 4 5 6 Next >



**UPCOMING EVENTS    [ VIEW ALL ]**
- Funeral For A Friend Australia signings!!!
- Enter Shikari European Tour activity...
- Gallows UK Tour and TASTE OF CHAOS
- Fall Of Troy Full European tour...

**FEATURED PRODUCTS    [ VIEW ALL ]**

  

Anabelle    Stacked    Hughes

NEWS PRODUCTS ARTISTS VIDEOS GALLERY HISTORY DEALER LOCATOR DOWNLOADS AAA

©2007 All Rights Reserved, Atticus Clothing.    privacy | terms & conditions | distributors | contact

## ATTICUS CLOTHING

Exhibit C
18

**Exhibit D**



**Exhibit D**

19