1  BINGHAM McCUTCHEN LLP
   J. Warren Rissier (No. 197939)
2  warren.rissier@bingham.com
   Aron P. Rofer (No. 240021)
3  aron.rofer@bingham.com
   355 S. Grand Avenue, 44th Floor
4  Los Angeles, CA  90071
   Telephone:  (213) 680-6400
5  Facsimile:  (213) 680-6499

6  Attorneys for Plaintiffs Really Likeable People, Inc.,
   Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and
7  Really Likeable People II, Inc. (formerly Atticus
   Clothing, Inc.)
8

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11

12 | REALLY LIKEABLE PEOPLE, INC., a | CASE NO. 07 CV 2405 L CAB
   | Delaware corporation, LOSERKIDS, INC., a |
13 | California Corporation, MACBETH, INC., a | **DECLARATION OF AMY ARROYO**
   | California corporation, MACBETH OPTICS, LP, | **IN SUPPORT OF PLAINTIFFS'**
14 | a California limited partnership, and REALLY | **OPPOSITION TO DEFENDANT**
   | LIKEABLE PEOPLE II, INC. (formerly | **EBTM'S MOTION TO DISMISS**
15 | ATTICUS CLOTHING INC.), a California | **PURSUANT TO RULE 12(b)(2)**
   | corporation |
16 |                              | Judge:   Hon. M. James Lorenz
   |       Plaintiffs,            | Date:    March 3, 2008
17 |                              | Time:    10:30 a.m.
   |       vs.                    | Room:    14
18 |                              |
   | LOWLIFE CORPORATION, LTD, an English |
19 | limited company, EVERYTHING BUT THE |
   | MUSIC, plc, an English corporation, DALE |
20 | MASTERS, an individual, and DOES 1 through |
   | 25, inclusive, |
21 |                              |
   |       Defendants.            |
22

23

24

25

26

27

28

A/72424415.1

DECLARATION OF AMY ARROYO; CASE NO. 07 CV 2405 L CAB

## DECLARATION OF AMY ARROYO

I, Amy Arroyo, declare and state as follows:

1. I am the Legal Administrator for Really Likeable People, Inc. The following facts are within my personal knowledge.

2. On October 4, 2007, I typed the words "Atticus clothing" into the Google search engine. The sixth website listed in the search result was a link to the Atticus webpage on EBTM.com, http://www.ebtm.com/m-7-atticus-clothing-at-ebtm.aspx, with the phrase "Atticus Clothing. Designed by Tom DeLonge" in the search result:

> **Atticus Clothing** at EBTM
> Atticus Clothing. Designed by Tom Delonge. ... Atticus
> Clothing. New Season on stock and ready to ship now! Don't see
> what you want? ...
> www.ebtm.com/m-7-atticus-clothing-at-ebtm.aspx- 56k -

Attached hereto as Exhibit A is a true and correct copy of a printout of the search result. The quoted portion has been bracketed.

3. On December 12, 2007, I telephoned the W Hotel, located at 421 West B. Street in San Diego, California and inquired whether Richard Breeden was staying at the hotel. I was informed by the hotel that he had stayed there the previous evening but checked out earlier that morning.

4. On January 24, 2008, I attended the ASR convention in San Diego, California. The ASR convention in San Diego is a bi-annual tradeshow where manufacturers in the action sports and youth culture industries come together to meet with buyers and media and to develop industry relationships. Each brand rents booth space on the tradeshow floor to display its products and to place sales

orders with retail stores and distributors. The Atticus clothing line was being shown in a booth at the convention.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on this 13th day of February, 2008.

_____
Amy Arroyo

## TABLE OF CONTENTS

| Tab | Description | Page(s) |
|---|---|---|
| A | A printout of the search result | 1, 2 |

**Exhibit A**

atticus clothing - Google Search                                                                 10/04/2007 04:26 PM

Web   Images   Video   News   Maps   Gmail   more ▼

amyreneearroyo@gmail.com | Web History | My Account | Sign out

**Google**   [ atticus clothing                                    ]  (Search)  Advanced Search
                                                                              Preferences
                                                                   New! View and manage your web history

Web                         Personalized Results 1 - 10 of about 258,000 for atticus clothing. (0.13 seconds)

**Atticus at Loserkids.com**                    Sponsored Links          Sponsored Links
www.Loserkids.com   New Era, Sant, Reyes, Dead Bird Logo, Rising, Bird   **Atticus Official Website**
Badge and more!                                                          New Autumn 07 range in stock!
                                                                         Free Delivery
**Atticus Apparel**                                                      www.atticusclothing.com
www.zappos.com   Atticus Apparel at Zappos. Free Overnight Shipping at
Zappos.                                                                  **Famous by Travis Barker**
                                                                         Find Famous S&S T-Shirts and Hats
**ATTICUS CLOTHING** - 3 visits - Aug 30                                 Free Shipping. Check It Out!
Atticus has got out its Batman style dead bird sky beam and called upon its   www.PacSun.com
global forces. Around the world Atticus will be hosting a series of website ...
www.atticusclothing.com/ - 11k - Cached - Similar pages                  **Clothing & Accessories**
                                                                         Discover Your Deal.
**Loserkids - FREE UPS Shipping Everyday on All US Orders.**             Compare Choices & Prices.
**Lowest ...** - 6 visits - Sep 17                                       Shopzilla.com
Loserkids - FREE UPS Shipping Everyday on All US Orders, Lowest Prices
Online, Macbeth Shoes, Atticus Clothing, Arnette Sunglasses, Alien       **Atticus Clothing on Sale**
Workshop ...                                                             Free fast shipping! Huge selection.
www.loserkids.com/ - 14k - Cached - Similar pages                        Order now and save. Low prices.
                                                                         www.amazon.com
**Atticus Clothing - Wikipedia, the free encyclopedia**
The name Atticus Clothing was derived from the main character of the book   **Atticus Clothing**
To Kill a Mocking Bird by the author Harper Lee. Atticus Finch is a lawyer   Shop for Clothing
who ...                                                                  Compare & Buy from 1,000's of Stores
en.wikipedia.org/wiki/Atticus_Clothing - 17k - Cached - Similar pages    www.Shopping.com

**Atticus Clothing at EBTM**                                             **Atticus Clothing**
Atticus Clothing. Designed by Tom Delonge. ... Atticus Clothing. New     More Brands More Styles Plus
Season on stock and ready to ship now! Don't see what you want? ...      A Whole Lot More Deals.
www.ebtm.com/m-7-atticus-clothing-at-ebtm.aspx - 56k -                   www.nothingbutshoe.com
Cached - Similar pages

**Atticus Clothing - AbsolutePunk.net**
Atticus Clothing has become one of the biggest clothing lines within the past couple of
years. With their impressive band line-up, and hot clothes, ...
www.absolutepunk.net/showthread.php?t=30150 - 80k - Cached - Similar pages

**Atticus Clothing - Free Music Downloads, Videos, Lyrics, CDs, MP3s ...**
Atticus Clothing feature on ARTISTdirect. Includes free downloads, music videos, lyrics,
bio, discography and merchandise information.
www.artistdirect.com/nad/music/artist/merch/0,,1613141,00.html - 45k -
Cached - Similar pages

**Atticus Clothing from Hardcloud.com**

http://www.google.com/search?client=safari&rls=en&q=atticus+clothing&ie=UTF-8&oe=UTF-8                    Page 1 of 2

Exhibit A
1

Buy from a fantastic range of **Atticus Clothing** & Accessories - Hardcloud.com.
www.hardcloud.com/brands/atticus.asp - 58k - Cached - Similar pages

## ATTICUS CLOTHING
The UK **Atticus** webstore is now open. Head to the Shop link on the site to get to the store.
The US webstore will be up real soon also, so be patient America ...
www.atticus-clothing.com/ - 10k - Cached - Similar pages

### Atticus Clothing and Accessories
Rubens Menswear are based in barnsley, england, uk. we are dealers for ben sherman,
bench **clothing** and accessories, **atticus**, plus many more. with over 11 ...
rubensmenswear.com/pages/ photographs/atticus/atticus_main.php - 40k -
Cached - Similar pages

### Volcom **Clothing**, **Atticus Clothing**, Vans Shoes, Etnies Trainers and ...
Harpoon Louies Skate, Snow and Surf Shop for Volcom, Emerica and **Atticus clothing**,
Vans shoes, Etnies Trainer and Nixon Watches.
www.harpoonlouies.com/ - 23k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

---

[ atticus clothing          ]  ( Search )

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Exhibit A**
2