```
 1  BINGHAM McCUTCHEN LLP
    J. Warren Rissier (No. 197939)
 2  warren.rissier@bingham.com
    Aron P. Rofer (No. 240021)
 3  aron.rofer@bingham.com
    355 S. Grand Avenue, 44th Floor
 4  Los Angeles, CA  90071
    Telephone:  (213) 680-6400
 5  Facsimile:  (213) 680-6499

 6  Attorneys for Plaintiffs Really Likeable People, Inc.,
    Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and
 7  Really Likeable People II, Inc. (formerly Atticus
    Clothing, Inc.)
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING INC.), a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>**DECLARATION OF MALCOLM P. SATCHELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT EBTM'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2)**<br><br>Judge:   Hon. M. James Lorenz<br>Date:    March 3, 2008<br>Time:    10:30 a.m.<br>Room:   14 |
|---|---|

---

DECLARATION OF MALCOM P. SATCHELL; CASE NO. 07 CV 2405 L CAB

A/72431314.1

## DECLARATION OF MALCOLM P. SATCHELL

I, Malcolm P. Satchell, declare and state as follows:

1. I am over 18 years of age and not a party to this action. I am a process server for the United Kingdom. I am employed by International Legal Network Limited.

2. On or about December 11, 2007, I was requested to serve upon Richard Breedan a complaint and accompanying documents in the Really Likeable People, et al. v. Lowlife Corporation, et al. matter, Case No. 37-2007-00081582-CU-BC-CTL, filed in Superior Court of California, County of San Diego.

3. On Tuesday, December 11, 2007, I attempted to serve Mr. Breedan at the residential address provided, 79 Wakehurst Road, London, SW11 6D.

4. A woman who appeared to be Mr. Breedan's wife answered the door and informed me that Mr. Breedan was not at home and, instead, he was in the United States until Friday, December 14, 2007.

5. On the evening of Friday, December 14, 2007, at approximately 7:40 p.m., I returned to the address provided for Mr. Breedan. Mr. Breedan was present and I served him with the complaint and accompanying documents described above.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on this 7 day of January, 2008.

_____
Malcolm P. Satchell