BINGHAM McCUTCHEN LLP
J. Warren Rissier (No. 197939)
warren.rissier@bingham.com
Aron P. Rofer (No. 240021)
aron.rofer@bingham.com
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Attorneys for Plaintiffs Really Likeable People, Inc., Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and Really Likeable People II, Inc. (formerly Atticus Clothing, Inc.)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING INC.), a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. M. James Lorenz<br>Date: March 3, 2008<br>Time: 10:30 a.m.<br>Room: 14 |

A/72419003.1

## PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Orange, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for next business day delivery by FedEx, and correspondence is deposited with FedEx that same day in the ordinary course of business.

Today, February 15, 2008, I served the attached:

**PLAINTIFFS' OPPOSITION TO DEFENDANT EBTM'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2);**

**DECLARATION OF ARON P. ROFER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT EBTM'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2);**

**DECLARATION OF ANDY MURRAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT EBTM'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2);**

**DECLARATION OF PATRICK SWART IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT EBTM'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2);**

**DECLARATION OF AMY ARROYO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT EBTM'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2);**

**DECLARATION OF DIANA CRAWFORD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT EBTM'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2);**

**DECLARATION OF MALCOM P. SATCHELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT EBTM'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2); and**

**PROOF OF SERVICE**

by causing a true and correct copy of the above to be delivered by FedEx from Costa Mesa, California in sealed envelope(s) with all fees prepaid, addressed as follows:

1  Gerald L. McMahon, Esq.
2  Monty A. McIntyre, Esq.
   G. Scott Williams, Esq.
3  SELTZER CAPLAN MCMAHON VITEK
   A Law Corporation
4  750 B Street, 2100 Symphony Towers
   San Diego, CA  92101-8177
5

6      I declare that I am employed in the office of a member of the bar of this court at whose

7  direction the service was made and that this declaration was executed on February 15, 2008.

8

9                                          _____
                                               Brandy Nelson

A/72419003.1                    - 2 -