1 | Gerald L. McMahon, Esq. (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
2 | G. Scott Williams, Esq. (SBN 226516)
SELTZER CAPLAN McMAHON VITEK
3 | A Law Corporation
750 B Street, 2100 Symphony Towers
4 | San Diego, California 92101-8177
Telephone:   (619) 685-3003
5 | Facsimile:   (619) 685-3100

Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>REPLY DECLARATION OF DALE MASTERS IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(2)<br><br>Date:　　　March 3, 2008<br>Time:　　　10:30 a.m.<br>Courtroom:　14<br>Judge:　　　Hon. M. James Lorenz |

I, Dale Masters, declare:

1. I am the Managing Director of Lowlife Corporation Limited ("Lowlife"), a limited liability company organized under the laws of the United Kingdom. If called upon, I could testify competently to the matters stated herein.

---

REPLY DECLARATION OF DALE MASTERS IN SUPPORT OF　　　　　　CASE NO. 07 CV 2405 L CAB
MOTION TO DISMISS UNDER RULE 12(b)(2)

2. In approximately July 2007, Lowlife became the Adeline Street distributor for the UK, Italy and Spain. Attached to this declaration as Exhibit 1 is a true and accurate copy of the current "Contact Us" web page from the Adeline Street website (www.adelinestreet.com) that lists Lowlife as a distributer for Adeline Street.

3. In approximately November 2007, Lowlife became the Rockett distributor for the UK.

4. In late May Lowlife signed a number of agreements with plaintiffs, including an agreement related to the operation of the www.loserkids.uk.com web site through December 31, 2007 (Loserkids.uk.com Wind-down Agreement). In June of 2007, Richard Breeden and I met with Andy Murray of Trinity Street at the Trinity Street office in London. Trinity Street had been operating the www.loserkids.uk.com website for Lowlife since approximately 2005. At the time of the June 2007 meeting with Trinity Street, EBTM and Lowlife were interested in having EBTM operate the www.loserkids.uk.com web site in place of Trinity Street, and believed that Loserkids would agree to allow EBTM to operate the site under the Loserkids.uk.com Wind-down Agreement. It later turned out that Loserkids would not agree to allow EBTM to operate the website. No one from Lowlife ever asked or instructed Trinity Street to turn off the www.loserkids.uk.com website. I am informed and believe that Trinity Street unilaterally turned off the web site and did so for approximately two days in early August 2007. I am informed and believe that Trinity Street turned the website back on in response to my request, on behalf of Lowlife, that they do so.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of February ___, 2008, in London, England.

_____
DALE MASTERS

EXHIBIT 1



**Wholesale Inquiries:**

Eric & Felicia Reyes
West Coast, South East Sales
2110 S. Yale Street
Santa Ana, CA 92704
(714) 444-2058 x206
EricR@SteadyClothing.com
Felicia@SteadyClothing.com

Adam Ramirez
International Sales
2110 S. Yale Street
Santa Ana, CA 92704
(714) 444-2058 x212
Adam@SteadyClothing.com

Katie Payton
Customer Service, Midwest Sales
2110 S. Yale Street
Santa Ana, CA 92704
(714) 444-2058 x213
Katie@SteadyClothing.com

Carol Sadick
East Coast Sales
(212) 391-6595
CMSadick@gmail.com

S&J Sales
Canadian Distribution
Steve Greenidge, VP Sales, Marketing
895 Sandy Beach Rd Unit 9
Pickering, Ontario LTW 3N7
(800) 267-6950
sg@sjsales.com

Lowlife Corporation
UK/Italy/Spain Distribution
172 Queenstown Road
London, SW8 3NR, UK
+44(0)20 7622 9326
sales@lowlifeonline.com

**All Record Label or Music related correspondence and advertising:**
* Sorry, we do not accept any demos submission
Adeline Records
C/O PMC
5900 Wilshire Blvd. Ste 1720
Los Angeles, CA 90036
Info@adelinerecords.net

**Online Ordering/Shipping Questions:**

Steady Clothing Inc.
2110 S. Yale Street
Santa Ana, CA 92704
714-444-2058
ashley@steadyclothing.com

**Media/Marketing:**

Alex Alvarez
2110 S. Yale Street
Santa Ana, CA 92704
(714) 444-2058 x226
Alex@SteadyClothing.com

| Home | Contact Us | News/Media | Take Action | Shop |

All Content © 2006-2007 Adeline Street and Adeline Records, LLC
All Rights Reserved. No portion of this site may reproduced without express permission.
Website designed by AMH Creative