Gerald L. McMahon, Esq. (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
G. Scott Williams, Esq. (SBN 226516)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:   (619) 685-3003
Facsimile:    (619) 685-3100

Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO. 07 CV 2405 L CAB <br><br> REPLY DECLARATION OF RICHARD BREEDEN IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) <br><br> Date:          March 3, 2008 <br> Time:         10:30 a.m. <br> Courtroom:  14 <br> Judge:         Hon. M. James Lorenz |

I, Richard Breeden, declare:

1.     I am the Chief Executive of EBTM plc ("EBTM"), a company incorporated under the laws of the United Kingdom. If called upon, I could testify competently to the matters stated herein.

---

REPLY DECLARATION OF RICHARD BREEDEN IN SUPPORT OF
MOTION TO DISMISS UNDER RULE 12(b)(2)

CASE NO. 07 CV 2405 L CAB

2. EBTM is an online retail business that sells music inspired fashion in the United Kingdom and Europe. EBTM began doing business in 2005.

3. As an online retailer, EBTM sells clothing manufactured by a number of companies, generally as a result of an agreement with a distributor for the clothing company. As an example, EBTM has previously sold Macbeth shoes on its website as a result of an agreement between EBTM and Lowlife Corporation Limited ("Lowlife"), a UK company that had the UK distribution rights for Macbeth shoes until December 31, 2007. While Lowlife is no longer a distributer for Macbeth, Lowlife still owns unsold Macbeth inventory that EBTM is currently offering for sale on the EBTM site.

4. The opposition papers filed by Plaintiffs claim that EBTM is selling clothing products from the following companies alleged to be California companies: Adeline Street, Adio, Alliance, Bench, DC Clothing, DC Shoes, Dekline Shoes, Draven, Eastpak USA, Fender, Hurley International LLC, Iron Fist, Junk Food, Level 27, Lost Property, Macbeth, Rockett, To Die For, Vans Clothing, Vans Shoes, Vestal Watch, Inc., and Vintage.

5. I am informed and believe that Bench, Lost Property, and Vintage are UK companies. I am informed and believe that Iron Fist is a South African company.

6. EBTM sells Adeline Street clothing due to an agreement that it has with the Adeline Street distributor for the UK, Italy, and Spain, Lowlife Corporation Limited ("Lowlife"). I am informed and believe that Lowlife became a distributer for Adeline Street in approximately July 2007. Attached to this declaration as Exhibit 1 is a true and accurate copy of the current "Contact Us" web page from the Adeline Street website (www.adelinestreet.com) that lists Lowlife as a distributer for Adeline Street.

7. EBTM sells Rockett clothing due to an agreement that it has with the Rockett distributer in the UK, Lowlife.

///
///
///
///

2

8.  As to all of the other clothing companies listed in plaintiffs' opposition,[1] including the non-California companies such as Bench, Lost Property, Vintage, and Iron Fist, EBTM sells the clothing as a result of agreements that EBTM has with distributers for those clothing companies. I am informed and believe that all of these distributers are companies located either in the United Kingdom or Europe.

9.  In approximately October 2007, EBTM negotiated an agreement with Music Today for Music Today to run the US webstore for Atticus Clothing at www.atticusclothing.com. I traveled to Virginia to meet with Music Today officers and negotiate the agreement. I am informed and believe that Music Today is a company located in Crozet, Virginia. Attached to this declaration as Exhibit 2 is a true and accurate copy of the Contact page from the Music Today website (www.musictoday.com). EBTM announced the agreement with Music Today in approximately November 2007.

10. I understand that in late May, Lowlife signed a number of agreements with Plaintiffs, including an agreement related to the operation of the www.loserkids.uk.com web site through December 31, 2007 (Loserkids.uk.com Wind-down Agreement). In June of 2007, Dale Masters and I met with Andy Murray of Trinity Street at the Trinity Street office in London. I understand that Trinity Street had been operating the www.loserkids.uk.com website for Lowlife since approximately 2005. At the time of the June 2007 meeting with Trinity Street, EBTM and Lowlife were interested in having EBTM operate the www.loserkids.uk.com web site in place of Trinity Street, and believed that Loserkids would agree to allow EBTM to operate the site under the Loserkids.uk.com Wind-down Agreement. It later turned out that Loserkids would not agree to allow EBTM to operate the website. I am informed and believe that no one from Lowlife ever asked or instructed Trinity Street to turn off the www.loserkids.uk.com website. I am informed and believe that Trinity Street unilaterally turned

---

1. Adio, Alliance, Bench, DC Clothing, DC Shoes, Dekline Shoes, Draven, Eastpak USA, Fender, Hurley International LLC, Iron Fist, Junk Food, Level 27, Lost Property, Macbeth, To Die For, Vans Clothing, Vans Shoes, Vestal Watch, Inc., and Vintage.

off the web site and did so for approximately two days in early August 2007. I am informed and believe that Trinity Street turned the website back on in response to the request by Dale Masters of Lowlife that they do so.

    11.    I am informed and believe that EBTM lacks sufficient minimum contacts with California for this court to assert personal jurisdiction over EBTM. I respectfully request that this Court grant the motion to dismiss EBTM under Rule 12(b)(2).

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of February, 2008, in London, England.

_____
RICHARD BREEDEN

EXHIBIT 1



**Wholesale Inquiries:**

Eric & Felicia Reyes
West Coast, South East Sales
2110 S. Yale Street
Santa Ana, CA 92704
(714) 444-2058 x206
EricR@SteadyClothing.com
Felicia@SteadyClothing.com

Adam Ramirez
International Sales
2110 S. Yale Street
Santa Ana, CA 92704
(714) 444-2058 x212
Adam@SteadyClothing.com

Katie Payton
Customer Service, Midwest Sales
2110 S. Yale Street
Santa Ana, CA 92704
(714) 444-2058 x213
Katie@SteadyClothing.com

Carol Sadick
East Coast Sales
(212) 391-6595
CMSadick@gmail.com

S&J Sales
Canadian Distribution
Steve Greenidge, VP Sales, Marketing
895 Sandy Beach Rd Unit 9
Pickering, Ontario LTW 3N7
(800) 267-6950
sg@sjsales.com

Lowlife Corporation
UK/Italy/Spain Distribution
172 Queenstown Road
London, SW8 3NR, UK
+44(0)20 7622 9326
sales@lowlifeonline.com

**All Record Label or Music related correspondence and advertising:**
* Sorry, we do not accept any demos submission
Adeline Records
C/O PMC
5900 Wilshire Blvd. Ste 1720
Los Angeles, CA 90036
Info@adelinerecords.net

**Online Ordering/Shipping Questions:**

Steady Clothing Inc.
2110 S. Yale Street
Santa Ana, CA 92704
714-444-2058
ashley@steadyclothing.com

**Media/Marketing:**

Alex Alvarez
2110 S. Yale Street
Santa Ana, CA 92704
(714) 444-2058 x226
Alex@SteadyClothing.com

| Home | Contact Us | News/Media | Take Action | Shop |

All Content © 2006-2007 Adeline Street and Adeline Records, LLC
All Rights Reserved. No portion of this site may reproduced without express permission.
Website designed by AMH Creative

EXHIBIT 2



HOME  SHOP  HELP  CONTACT  ARTIST SERVICES

**SHOP THE MUSICTODAY SUPERSTORE**
Purchase Thousands of Items from your Favorite Artists!

JOIN  LOGIN

# CONTACT MUSICTODAY.COM



5391 Three Notched Road
Crozet, VA
22932

877-Music-77

800-594-Tixx

1-877-DISCREP (347-2737)

434.984.6798

**CONTACT US**

At Musictoday, we welcome your input! Please send:

merchandise@musictoday.com

feedback@musictoday.com

ideas@musictoday.com

cds@musictoday.com

merchandise@musictoday.com

sales@musictoday.com

webmaster@musictoday.com

tourdates@musictoday.com

venues@musictoday.com

tix@musictoday.com

jobs@musictoday.com



**WHERE DO WE GO FROM HERE?** 

Musictoday is a Live Nation company.

©1999-2008 Musictoday, LLC. All rights reserved.
Musictoday, Musictoday.com, and THE ARTIST/FAN CONNECTION are registered trademarks and service marks of Musictoday, LLC.
privacy statement | terms and conditions | user agreement