UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, *et al.*,<br><br>　　　　　　　Defendants. | Civil No. 07cv2405-L(CAB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Currently scheduled on this court's calendar for March 3, 2008 is Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2). The court finds the motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on March 3, 2008 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: February 26, 2008

　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv2405