1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10

11   REALLY LIKEABLE PEOPLE, INC. a                Civil No.    07cv2405 L (CAB)
     Delaware corporation, et al.,
12
                                      Plaintiffs,
13                                                 **ORDER SCHEDULING SETTLEMENT**
                          v.                       **DISPOSITION CONFERENCE**
14
     LOWLIFE CORPORATION, LTD. an English
15   limited company, et al.,

16                                    Defendants.

17
           Counsel for all parties contacted the Court on March 7, 2008, and represented that the case
18
     has settled.  Accordingly, IT IS HEREBY ORDERED:
19
           1.     A Joint Motion for Dismissal shall be electronically filed on or before **May 8,**
20
                  **2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order
21
                  for dismissal, for the signature of the Honorable M. James Lorenz, shall be emailed
22
                  to the chambers of the Honorable Cathy Ann Bencivengo.[2]
23
           2.     If a Joint Motion for Dismissal and proposed order for dismissal are not submitted
24
                  on or before May 8, 2008, then a Settlement Disposition Conference shall be held
25

26
     _____
27     [1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States
     District Court for the Southern District of California.
28
       [2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed
     orders.

                                             - 1 -                                  07cv2405

1    on **May 9, 2008**, at **1:30 p.m.** before Judge Bencivengo.  The conference shall be

2    telephonic, with attorneys only.  Counsel for Plaintiffs shall initiate and coordinate

3    the conference call.

4    3.    If a Joint Motion for Dismissal and proposed order for dismissal are received on or

5    before May 8, 2008, the Settlement Disposition Conference shall be VACATED

6    without further court order.

7    **IT IS SO ORDERED**.

8

9    DATED:  March 7, 2008

10

11    _____
     **CATHY ANN BENCIVENGO**
     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28