```
 1  Gerald L. McMahon, Esq.  (SBN 036050)
    Monty A. McIntyre, Esq. (SBN 95796)
 2  G. Scott Williams, Esq.  (SBN 226516)
 3  SELTZER CAPLAN McMAHON VITEK
    A Law Corporation
 4  750 B Street, 2100 Symphony Towers
 5  San Diego, California 92101-8177
    Telephone:  (619) 685-3003
 6  Facsimile:  (619) 685-3100
 7
    Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as
 8  LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc
 9
              UNITED STATES DISTRICT COURT OF CALIFORNIA
10                       SOUTHERN DISTRICT
11
```

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>**NOTIFICATION OF SETTLEMENT, AND STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br><br>Judge: M. James Lorenz<br>Courtroom 14<br>Magistrate Judge: Cathy Ann Bencivengo<br>Courtroom: E |

NOTIFICATION OF SETTLEMENT AND STIPULATION TO STAY          CASE NO. 07 CV 2405 L CAB
PROCEEDINGS

Plaintiffs REALLY LIKEABLE PEOPLE, INC.; LOSERKIDS, INC.; MACBETH, INC.; MACBETH OPTICS, LP; REALLY LIKEABLE PEOPLE II, INC. (collectively "Plaintiffs"); and Defendants LOWLIFE CORPORATION LIMITED; EVERYTHING BUT THE MUSIC, plc; and DALE MASTERS (collectively "Defendants") hereby notify the Court that as of March 7, 2008, the parties have agreed to a settlement of this case. There will be two settlement payments, with the second payment to be made on May 2, 2008.

In view of the settlement of the case, Plaintiffs and Defendants stipulate and agree as follows:

1. The Court will stay its determination of the Motion to Dismiss filed by Defendant EBTM and currently under submission, until after the Settlement Disposition Conference scheduled for May 9, 2008. If the case has not been dismissed by May 9, 2008, the Court will again take the EBTM Motion to Dismiss under submission and will issue its decision in due course;

2. The Court will stay, until after the Settlement Disposition Conference scheduled for May 9, 2008, the Anti-SLAPP Motion filed by Defendants that is currently scheduled to be heard on March 24, 2008 at 10:30 a.m. in Courtroom 14. If the case has not been dismissed by May 9, 2008, the hearing of the Anti-SLAPP Motion will be rescheduled for June 2, 2008 at 10:30 a.m. before Judge Lorenz, Plaintiffs may file and serve their opposition papers on May 19, 2008, and Defendants may file and serve their reply payers on May 26, 2008.

Dated: 3/7/08

BINGHAM McCUTCHEN LLP

By: _____
J. Warren Rissier
Attorneys for Plaintiffs REALLY
LIKEABLE PEOPLE, INC.; LOSERKIDS, INC.;
MACBETH, INC.; MACBETH OPTICS, LP;
REALLY LIKEABLE PEOPLE II, INC.

| | |
|---|---|
| Dated: 3-7-08 | SELTZER CAPLAN McMAHON VITEK<br>A Law Corporation<br><br>By: _____<br>Monty A. McIntyre<br>Attorneys for Defendants LOWLIFE CORPORATION LIMITED; EVERYTHING BUT THE MUSIC, plc; and DALE MASTERS |

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge

---

3

NOTIFICATION OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS

CASE NO. 07 CV 2405 L CAB