UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, *et al.*,<br><br>          Defendants.<br>_____ | Civil No. 07cv2405-L(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY PENDING MOTION TO DISMISS AND CONTINUE MOTION TO STRIKE** |

On March 7, 2008, the parties filed a Notification of Settlement and Stipulation to Stay Proceedings. The parties request the court to stay its determination of the pending Motion to Dismiss Pursuant to Rule 12(b)(2) and to continue Defendants' Special Motion to Strike Under California Code of Civil Procedure Section 425.16, currently set on the court's calendar for March 24, 2008, on the grounds the parties have reached a settlement.

For good cause having been shown, **IT IS HEREBY ORDERED** as follows:

1. The court will stay the determination of the pending Motion to Dismiss Pursuant to Rule 12(b)(2) until after the May 9, 2008 settlement disposition conference.

2. Defendants' Special Motion to Strike Under California Code of Civil Procedure Section 425.16, currently set on the court's calendar for March 24, 2008. is **CONTINUED** to June 2, 2008 at 10:30 a.m. Plaintiffs' opposition papers, if any, shall be filed and served no later

/ / / / /

than May 19, 2008. Defendants' reply papers, if any, shall be filed and served no later than May 26, 2008.

**IT IS SO ORDERED.**

DATED: March 10, 2008

                                            M. James Lorenz
                                            United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL