Gerald L. McMahon, Esq.  (SBN 036050)
Monty A. McIntyre, Esq. (SBN 95796)
G. Scott Williams, Esq.  (SBN 226516)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:    (619) 685-3003
Facsimile:     (619) 685-3100

Attorneys for Defendants LOWLIFE CORPORATION LIMITED (incorrectly sued as LOWLIFE CORPORATION, LTD); DALE MASTERS; and EBTM plc

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>**JOINT MOTION FOR ENTRY OF ORDER DISMISSING ACTION, WITH PREJUDICE**<br><br>**[F.R.C.P. 41, LOCAL RULE 7.2]** |

The parties have agreed to a settlement of this matter, have agreed to dismiss the action, with prejudice, and have also agreed to bear their own fees and costs incurred in the above-

---

JOINT MOTION FOR ENTRY OF ORDER DISMISSING ACTION,                    CASE NO. 07 CV 2405 L CAB
WITH PREJUDICE

entitled action. The parties have agreed that this Joint Motion is to be filed by Defendants only after the terms and conditions to such filing set forth in the Settlement and Mutual General Release Agreement ("Agreement") between the parties, dated April 22, 2008, have been satisfied, including payment by Defendants to Plaintiffs of the settlement funds under the Agreement that are scheduled to be made in two equal installments, the first payment within ten days following execution of the Agreement, and the second payment by May 2, 2008.

Pursuant to Federal Rules of Civil Procedure, rule 41 and Local Rule 7.2, REALLY LIKEABLE PEOPLE, INC., LOSERKIDS, INC., MACBETH, INC., MACBETH OPTICS, LP, REALLY LIKEABLE PEOPLE II, INC. (collectively "Plaintiffs") and LOWLIFE CORPORATION, LTD, EVERYTHING BUT THE MUSIC, plc, and DALE MASTERS (collectively "Defendants") jointly move this Court for entry of an Order Dismissing Action, With Prejudice, in the form attached hereto as Exhibit 1.

Dated: May 1, 2008                    SELTZER CAPLAN McMAHON VITEK

By:  /s/ Monty A. McIntyre

Gerald L. McMahon
Monty A. McIntyre
G. Scott Williams
Attorneys for Defendants LOWLIFE
CORPORATION LIMITED, DALE MASTERS;
and EBTM plc

Dated:  May 1, 2008                    BINGHAM McCUTCHEN LLP

By:  /s/ J. Warren Rissier

J. Warren Rissier
Aron P. Rofer
Attorneys for REALLY LIKEABLE PEOPLE,
INC., LOSERKIDS, INC., MACBETH, INC.,
MACBETH OPTICS, LP, AND REALLY
LIKEABLE PEOPle II, INC. (FORMERLY
ATTICUS CLOTHING, INC.)