# EXHIBIT 1

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT OF CALIFORNIA
9                                   SOUTHERN DISTRICT
10
11   REALLY LIKEABLE PEOPLE, INC., a          )   CASE NO. 07 CV 2405 L CAB
     Delaware corporation, LOSERKIDS, INC., a )
12   California Corporation, MACBETH, INC., a )   **ORDER DISMISSING ACTION, WITH**
     California corporation, MACBETH OPTICS,  )   **PREJUDICE**
13   LP, a California limited partnership, and )
     REALLY LIKEABLE PEOPLE II, INC.          )
14   (formerly ATTICUS CLOTHING, INC.), a     )
     California corporation,                  )
15                                            )
16              Plaintiffs,                   )
                                              )
17       vs.                                  )
                                              )
18                                            )
     LOWLIFE CORPORATION, LTD, an             )
19   English limited company, EVERYTHING      )
     BUT THE MUSIC, plc, an English           )
20   corporation, DALE MASTERS, an            )
     individual, and DOES 1 through 25,       )
21   inclusive,                               )
                                              )
22                                            )
                                              )
23              Defendants.                   )
                                              )
24   _____)
25
26       Having reviewed the parties' Joint Motion For Entry Of An Order Dismising Action,
27   With Prejudice, pursuant to Federal Rules of Civil Procedure, rule 41 and Local Rule 7.2,
28

---
ORDER DISMISSING ACTION, WITH PREJUDICE                    CASE NO. 07 CV 2405 L CAB

1     IT IS HEREBY ORDERED that that the above-captioned action be and hereby is
2 dismissed, with prejudice, pursuant to FRCP 41(a)(1). The parties shall bear their own fees and
3 costs incurred in the above-captioned action.

Dated: _____          _____
JUDGE OF THE DISTRICT COURT