| Monty A. McIntyre, Esq. (SBN 95796)<br>SELTZER CAPLAN MCMAHON VITEK<br>2100 Symphony Towers, 750 "B" Street<br>San Diego, CA 92101 | TELEPHONE NO.<br>(619) 685-3003 | COURT USE ONLY |
|---|---|---|
| Attorney For LOWLIFE CORPORATION LIMITED; EBTM plc; and DALE MASTERS | | |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFFS: REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, et al. | JUDGE: M. James Lorenz<br>DEPT: 14<br>DATE:<br>TIME: |
|---|---|
| DEFENDANTS: LOWLIFE CORPORATION, LTD, an English limited company, et al. | |
| **CERTIFICATE OF SERVICE BY ELECTRONIC MAIL** | CASE NUMBER<br>07 CV 2405 L CAB |

I, Anna Gateley-Stanton, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurs; and my business address is 2100 Symphony Towers, 750 B Street, San Diego, CA 92101.

On today's date, I caused to be served the following document(s): **Joint Motion for Entry of Order Dismissing Action, with Prejudice**

by electronic mail as follows:

| J. Warren Rissier | warren.rissier@bingham.com | Attorneys for Plaintiffs Really Likeable People, Inc., Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and Really Likeable People II, Inc. (formerly Atticus Clothing, Inc.) |
|---|---|---|
| Aron P. Rofer | aron.rofer@bingham.com | Attorneys for Plaintiffs Really Likeable People, Inc., Loserkids, Inc., Macbeth, Inc., Macbeth Optics, LP, and Really Likeable People II, Inc. (formerly Atticus Clothing, Inc.) |

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2008, at San Diego, California.

*Anna Gateley-Stanton*
Anna Gateley-Stanton, PLS, CCLS