UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| REALLY LIKEABLE PEOPLE, INC., a Delaware corporation, LOSERKIDS, INC., a California Corporation, MACBETH, INC., a California corporation, MACBETH OPTICS, LP, a California limited partnership, and REALLY LIKEABLE PEOPLE II, INC. (formerly ATTICUS CLOTHING, INC.), a California corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>LOWLIFE CORPORATION, LTD, an English limited company, EVERYTHING BUT THE MUSIC, plc, an English corporation, DALE MASTERS, an individual, and DOES 1 through 25, inclusive,<br><br>          Defendants. | CASE NO. 07 CV 2405 L CAB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Having reviewed the parties' Joint Motion for Entry of an Order Dismissing Action with Prejudice, and pursuant to Federal Rule of Civil Procedure 41 and Civil Local Rule 7.2, IT IS HEREBY ORDERED that that the above-captioned action be and hereby is DISMISSED

WITH PREJUDICE. The parties shall bear their own fees and costs incurred in the above-captioned action.

Dated:  May 5, 2008         _____
                                                    JUDGE OF THE DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i

---
ORDER DISMISSING ACTION, WITH PREJUDICE